Cause Number 02-F-00151

THE STATE OF TEXAS

COUNTY OF WALLER

X  IN THE (MUNICIPAL)(JUSTICE)
X  (COUNTY)(DISTRICT) COURT
X  (PCT OR C.C. AT LAW ___)
X  IN WALLER COUNTY, TEXAS

## AFFIDAVIT and COMPLAINT FOR WARRANT OF ARREST AND DETENTION
### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

The Undersigned Affiant, who after being duly sworn by me, on oath makes the following statement:

I, **Trooper BRIAN T ENCINIA #14271**, have good reason to believe and do believe that **BLAND, SANDRA ANNETTE  B/F DOB** ▇▇▇▇ **TX, DL/ID#** ▇▇▇▇ on or about the **10 July, 2015** in **WALLER** County, Texas, did then and there commit the offense of:

### ASSAULT PUBLIC SERVANT (TXPC 22.01 (b)(1))
Felony - Class 3

My belief of the foregoing statement is based upon **personal knowledge**, who personally observed such offense:

On Friday, July 10, 2015, at approximately 04:27 p.m., I, Trooper Brian Encinia was on routine patrol in Waller County, Texas. I observed a silver passenger car traveling southbound on Fm 1098 for failing to signal lane change. The vehicle was identified as a Hyundai Azera Illinois LP: B45378187638. The driver was identified as Bland, Sandra Annette TX DL: ▇▇▇ DOB: ▇▇▇; through DPS Pierce Communications. I had Bland exit the vehicle to further conduct a safe traffic investigation. Bland became combative and uncooperative. Numerous commands were given to Bland ordering her to exit the vehicle. Bland was removed from the car but became more combative. Bland was placed in handcuffs for officer safety. Bland began swinging her elbows at me and then kicked my right leg in the shin. I had a pain in my right leg and suffered small cuts on my right hand. Force was used to subdue Bland to the ground to which Bland continued to fight back. Bland was placed under arrest for Assault on Public Servant(TXPC 22.01 (B) (1)). The vehicle was inventoried and released to Crown Towing. Bland was transported and booked into the Waller County Jail for Assault on Public Servant(TXPC 22.01 (B) (1)).

**This offense was committed against the peace and dignity of the state of Texas.**

_____
Affiant **Trooper BRIAN T ENCINIA #14271**

SWORN AND SUBSCRIBED TO, before me by the said Affiant on this the **10 July, 2015**.

☐ Notary Public  ☒ Peace Officer, in and for The State of Texas WALLER County

On this the **10th** day of **July**, 20**15**, I hereby acknowledge that I have examined the foregoing Affidavit and have determined that probable cause does exist for the issuance of an arrest warrant for the individual accused herein.

_____
Magistrate in and for, WALLER County, Texas

EXHIBIT A