

## Waller County EMS
### Patient Care Record

Name:  Incident #: 150710-1723-WCEMSESO  Date: 07/10/2015  Patient 1 of 1

### Patient Information

| Field | | Field | |
|---|---|---|---|
| Last | | Address | |
| First | | Address 2 | |
| Middle | | City | |
| Gender | | State | |
| DOB | | Zip | |
| Age | | Country | US |
| Weight | | Tel | |
| Pedi Color | | Physician | |
| SSN | | Ethnicity | |
| Race | | | |
| Advanced Directive | | | |
| Resident Status | | | |

### Clinical Impression

| Field | Value | |
|---|---|---|
| Primary Impression | | |
| Secondary Impression | | |
| Protocol Used | | |
| Anatomic Position | | |
| Chief Complaint | | |
| Duration | | Units |
| Secondary Complaint | | |
| Duration | | Units |
| Patient's Level of Distress | | |
| Signs & Symptoms | | |
| Injury | - - - | |
| Medical/Trauma | | |
| Barriers of Care | | |
| Alcohol/Drugs | | |

### Medication/Allergies/History

Medications
Allergies
History

### Initial Assessment

| Category | Comments | Abnormalities | |
|---|---|---|---|
| Mental Status | | Mental Status | Not Assessed |
| Skin | | Skin | Not Assessed |
| HEENT | | Head/Face | Not Assessed |
| | | Eyes | Not Assessed |
| | | Neck | Not Assessed |
| Chest | | Chest | Not Assessed |
| | | Heart Sounds | Not Assessed |
| | | Lung Sounds | Not Assessed |
| Abdomen | | General | Not Assessed |
| | | Left Upper | Not Assessed |
| | | Right Upper | Not Assessed |
| | | Left Lower | Not Assessed |
| | | Right Lower | Not Assessed |
| Back | | Cervical | Not Assessed |
| | | Thoracic | Not Assessed |
| | | Lumbar/Sacral | Not Assessed |
| Pelvis/GU/GI | | Pelvis/GU/GI | Not Assessed |
| Extremities | | Left Arm | Not Assessed |
| | | Right Arm | Not Assessed |
| | | Left Leg | Not Assessed |
| | | Right Leg | Not Assessed |
| | | Pulse | Not Assessed |
| | | Capillary Refill | Not Assessed |
| Neurological | | Neurological | Not Assessed |

Assessment Time:

### Narrative

MEDIC 20 DISPATCHED TO A TRAUMA CALL FROM D2 STATION. AOSTF A PT IN CUSTODY OF LE. PT DID NOT WANT EMS. PT WOULD NOT ALLOW EMS TO ASSESS OR TAKE VITALS. PT WAS NOT IN ANY DISTRESS. PT LEFT IN CUSTODY OF LE AND MEDIC 20 RETURNED TO SERVICE. EOR T.GARRETT EMT-B

07/10/2015 17:32
PCRID: 3af03be4-80c8-47f2-b8e7-a4d1011e8679
Electronically Signed by: GARRETT, TIMOTHY



EXHIBIT B

DEF000821



## Waller County EMS
### Patient Care Record

**Name:** ,  **Incident #:** 150710-1723-WCEMSESO   **Date:** 07/10/2015   **Patient 1 of 1**

### Incident Details
| Field | Value |
|---|---|
| Location | |
| Address | FM 1098 & US 290 |
| Address 2 | |
| City | Prairie View |
| State | TX |
| Zip | 77445 |
| Medic Unit | Medic 20 |
| Run Type | 911 Response (Emergency) |
| Priority Scene | Lights/Sirens |
| Shift | B |
| Zone | CITY OF PRAIRIE VIEW |
| Level of Service | |
| EMD Complaint | |
| EMD Card Number | |

### Destination Details
| Field | Value |
|---|---|
| Disposition | No treatment, No Transport - Other |
| Transport Due To | |
| Transported To | |
| Requested By | Law Enforcement |
| Destination | |
| Address | |
| Address 2 | |
| City | |
| State | |
| Zip | |
| Zone | |
| Condition at Destination | |
| Destination Record # | |
| Trauma Registry ID | |

### Incident Times
| Field | Value |
|---|---|
| PSAP Call | |
| Dispatch Notified | |
| Call Received | 16:52:00 |
| Dispatched | 16:52:00 |
| En Route | 16:52:00 |
| Resp on Scene | |
| On Scene | 17:01:00 |
| At Patient | 17:01:00 |
| Depart Scene | 17:05:00 |
| At Destination | |
| Pt Transferred | |
| Call Closed | 17:05:00 |
| In District | |

### Crew Members
| Personnel | Role | Certification Level |
|---|---|---|
| GARRETT, TIMOTHY | Lead | EMT-Basic-728259; |
| STEVENS, BRANDY | Driver | EMT-Paramedic-720164; |

### Insurance Details
| Field | Value | Field | Value |
|---|---|---|---|
| Insured's Name | | Primary Payer | |
| Relationship To Patient | | Medicare | |
| Insured SSN | | Medicaid | |
| Insured DOB | | Primary Insurance | |
| Address 1 | | Policy # | |
| Address 2 | | Group # | |
| Address 3 | | Secondary Ins | |
| City | | Policy # | |
| State | | Group # | |
| Zip | | | |
| Country | UNITED STATES | | |

| Field | Value |
|---|---|
| Dispatch Nature | TRAUMA |
| Response Urgency | Immediate |
| Job Related Injury | |
| Employer | |
| Contact | |
| Phone | |

### Mileage
| Field | Value |
|---|---|
| Scene | |
| Destination | |
| Loaded Miles | 0.0 |
| Start | 101850.1 |
| End | 101858.1 |
| Total Miles | 8.0 |

### Delays
| Category | Delays |
|---|---|
| | |

### Additional Agencies

### Next of Kin
| Field | Value |
|---|---|
| Next of Kin Name | |
| Relationship to Patient | |
| Phone | |
| Address 1 | |
| Address 2 | |
| Address 3 | |
| City | |
| State | |
| Zip | |
| Country | UNITED STATES |

### Consumables
| Description | Qty | Description | Qty | Description | Qty |
|---|---|---|---|---|---|
| GLOVES | 4 | | | | |

### Transfer Details
| Field | Value | Field | Value |
|---|---|---|---|
| PAN | | Sending Physician | |
| PCS | | Sending Record # | |
| ABN | | Receiving Physician | |
| CMS Service Level | | Condition Code | |
| ICD-9 Code | | Condition Code Modifier | |
| Transfer Reason | | | |
| Other/Services | | | |
| Medical Necessity | | | |

### Billing Authorization
**Language:** en

Section I - Authorization for Billing



# Waller County EMS
## Patient Care Record

Name: ,　　　Incident #: 150710-1723-WCEMSESO　　　Date: 07/10/2015　　　Patient 1 of 1

### Facility Signatures

Receiving Physician/Nurse:

Paperwork Recieved:

Airway Confirmation:

### Provider Signatures

Lead Provider: TIMOTHY GARRETT　　　Certification Level: EMT-Basic-728259;

Provider: BRANDY STEVENS　　　Certification Level: EMT-Paramedic-720164;

Provider:　　　Certification Level:

Provider:　　　Certification Level:

DEF000823