# CONFIDENTIAL
## Texas Commission On Law Enforcement
### Personal Information

| | | | |
|---|---|---|---|
| **Name** OSCAR PRUDENTE | **TCOLE ID (P ID)** 425551 | **STATUS** | |
| **Citizen** Yes | **Race** Hispanic | **Gender** Male | **Federal ID** | **State ID** |

### Education Information

| Institution | Hours | Education |
|---|---|---|
| | 0 | High School |
| Total Hours | 0 | |
| Total Training Hours | 0 | |

### Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Peace Officer (Full Time) | WALLER CO. SHERIFF'S OFFICE | Peace Officer License | 5/11/2015 | | 0 years, 2 months |
| Jailer | WALLER CO. SHERIFF'S OFFICE | Jailer License | 4/15/2014 | | 1 years, 3 months |
| Jailer (Full Time) | WALLER CO. SHERIFF'S OFFICE | Temporary Jailer License | 2/2/2014 | 4/15/2014 | 0 years, 2 months |

### Total Service Time

| Description | Service Time |
|---|---|
| Jailer | 1 years, 6 months |
| Peace Officer | 0 years, 2 months |
| Total officer time | 0 years, 2 months |

### Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Temporary Jailer License | License | Granted | 2/2/2014 |
| | | Expired - replaced by permanent license | 4/15/2014 |
| Jailer License | License | Granted | 4/15/2014 |
| Peace Officer License | License | Granted | 5/11/2015 |

**EXHIBIT R**

Print Date: 7/23/2015

Page Number: 1
DEF000720

## Academy History

| | Date | Institution | Course Title |
|---|---|---|---|
| Completed | 5/6/2015 | Lone Star College System District LEA | Basic Peace Officer Course (643) |
| Completed | 4/4/2014 | Brazos Co. Sheriff's Office | Basic County Jail Course |

## Courses Completed

09/01/2013 - 08/31/2015

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3275 | Missing and Exploited Children | 7/14/2015 | 4 | Hempstead Police Dept. | Missing and Exploited Children (Advance)<br>Missing and Exploited Children (Intermediate) |
| 3344 | Less Lethal Electronic Control Device Training | 6/18/2015 | 8 | Hempstead Police Dept. | |
| 1000643 | Basic Peace Officer Course (643) | 5/6/2015 | 643 | Lone Star College System District LEA | 82nd Session State and Federal Law Update<br>83rd Session State and Federal Law Update<br>Asset Forfeiture (Intermediate)<br>Crisis Intervention Training<br>Cultural Diversity (Mandate)<br>Identity Theft (Intermediate)<br>Racial Profiling (Intermediate)<br>S.F.S.T. NHTSA 24hour Practitioner<br>Special Investigative Topic (Mandate)<br>State and Federal Law Update<br>TCIC/NCIC for Less than Full Access Operators |
| 101 | Addendum Basic Peace Officer | 5/6/2015 | 73 | Lone Star College System District LEA | |
| 3807 | TCIC/NCIC for Less than Full Access Operators | 1/27/2015 | 8 | Texas Department of Public Safety LEA | |
| 1033 | Chapter 33 Rule Overview Exam | 1/20/2015 | 0 | TCOLE Online | |
| 3519 | Objective Jail Classification | 6/30/2014 | 4 | TEEX Central Texas Police Academy | |
| 1007 | Basic County Jail Course | 4/4/2014 | 96 | Brazos Co. Sheriff's Office | Cultural Diversity (Intermediate) |
| 1999 | Personnel Orientation by Dept. Basic Proficiency | 3/24/2014 | 0 | WALLER CO. SHERIFF'S OFFICE (Training Rosters) | Personnel Orientation |
| 1305 | TCOLE Rule Overview Course | 3/21/2014 | 4 | TCOLE Online | |

Unit Hours  840

Total Hours  840

## Total Hours

| | |
|---|---|
| TotalTraining Hours From Education | 0 |
| Total Training Hours | 840 |
| Total Hours | 840 |

CONFIDENTIAL

# TEXAS A&M ENGINEERING EXTENSION SERVICE

The Texas A&M University System

## OSCAR PRUDENTE

has successfully completed

### Objective Jail Classification

4 Hours
June 10, 2014

_Gary F. Sera, Director_
_Texas A&M Engineering Extension Service_

_Thomas N. Shehan, Division Director_
_Public Safety & Security_

DEF000726

# BRAZOS COUNTY OFFICE OF THE SHERIFF
## TRAINING DIVISION

This
*Certificate of Training*
Is awarded to

**Oscar Prudente**

For successful completion of
**Basic County Jail Course (1007)**

Bryan, Texas
March 24-April 4, 2014

96 Hours



_____
Christopher C. Kirk
*Brazos County Sheriff*

_____
*Coordinator / Instructor*

DEF000727