COURTROOM MINUTES

JUDGE  Hittner                                                                 PRESIDING

COURTROOM CLERK        E. Alexander

COURT REPORTER         Johnny Sanchez

LAW CLERK              Jordan Warshauer

MORNING SESSION _____    AFTERNOON SESSION  2:10 - 3:15    DATE: 12/17/15

---

DOCKET ENTRY

DH ) 4:15-2232                              (Rptr- Sanchez         )
     (PROCEEDINGS: Status Conference                               )

Geneva Reed-Veal                V.      Brian Encinia, et al.

Appearances: For Plaintiff:  C. Lambert, L. Rogers, T. Rhodes,

T. Diamontopoulos, R. Brezezinski, E. Oglesby

For Defendants:  S. Dennis, L. Simmons and B. New

Status Conference held.  Written order to issue.

Witnesses: