UNITED STATES DISTRICT COURT***SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
December 18, 2015
David J. Bradley, Clerk

Geneva Reed-Veal,
    Plaintiff,

vs.                      C.A. No. H-15-2232

Brian Encinia, et al,

    Defendant.

## RULE 16 SCHEDULING ORDER

The following schedule shall be followed. All communications concerning the case shall be directed in writing to Ellen Alexander, Case Manager for United States District Judge David Hittner, P.O. Box 61010, Houston, TX 77208.

1. **Jan 19, 2016** — NEW PARTIES shall be joined, with leave of court, by this date. The attorney causing such joinder shall provide copies of this ORDER to the new parties.

2. **July 1, 2016** — PLAINTIFF shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be filed within 60 days of the designation.

B. **Aug. 12, 2016** — DEFENDANT shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be filed within 60 days of the designation.

3. _____ — AMENDMENTS to pleadings, **with** leave of court, shall be made by this date.

4. **Sept 30, 2016** — DISCOVERY shall be completed by this date.

5. **Oct. 31, 2016** — MOTION CUT-OFF. No motion, including motions to exclude or limit expert testimony under Fed. R. Evid. 702, shall be filed after this date except for good cause shown. See LR 7.

6. **Jan 17, 2017** — The JOINT PRETRIAL ORDER shall be filed on or before this date notwithstanding that a motion for continuance may be pending. Parties shall exchange all trial exhibits on or before this date notwithstanding that a motion for continuance may be pending. NO LATE EXCHANGES OF EXHIBITS WILL BE PERMITTED. All motions in limine shall be submitted with the pretrial order. Failure to file timely a joint pretrial order, motions in limine, or exchange all trial exhibits may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

7. **Jan 23, 2017** — TRIAL TERM.

All documents filed must be 14 point font, double spaced with not less than one inch margins.

SIGNED on **Dec. 17, 2015**

*David Hittner*
DAVID HITTNER
United States District Judge

For County D's
B___
Eliot New

for DPS
Encinia