UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| GENEVA REED-VEAL, Individually & as Mother &Independent Administrator of the Estate of SANDRA BLAND, deceased,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ENCINIA, Individually and as an agent and/or employee of TEXAS DEPARTMENT OF PUBLIC SAFETY; ELSA MAGNUS, Individually and as an agent and/or employee of WALLER COUNTY SHERIFF'S OFFICE; OSCAR PRUDENTE, Individually and as an agent and/or employee of WALLER COUNTY SHERIFF'S OFFICE; and WALLER COUNTY; RAFAELZUNIGA, Individually and as an agent and/or employee of WALLER COUNTY SHERIFF'S OFFICE; MICHAEL SERGIS, Individually and as an agent and/or employee of WALLER COUNTY SHERIFF'S OFFICE; DORMIC SMITH, Individually and as an agent and/or employee of WALLER COUNTY SHERIFF'S OFFICE; CYNTHIA WHIDDEN, Individually and as an agent and/or employee of WALLER COUNTY SHERIFF'S OFFICE; MARC LANGDON, Individually and as an agent and/or employee of WALLER COUNTY SHERIFF'S OFFICE; LT. SHERRY ROCHEN, Individually and as an agent and/or employee of WALLER COUNTY SHERIFF'S OFFICE; ASST. CHIEF LANNY THIBODEAUX, Individually and as an agent and/or employee of WALLER COUNTY SHERIFF'S OFFICE; MATTHEW MILLS, Individually and as an agent and/or employee of WALLER COUNTYSHERIFF'S OFFICE; MARIANNE WILLIAMS, Individually and as an agent and/or employee of WALLER COUNTY SHERIFF'S OFFICE; RANDY LEWIS, Individually and as an agent and/or employee of WALLER COUNTY SHERIFF'S OFFICE<br>Defendants. | No. 4:15-cv-02232<br>Judge David Hittner |

1

# PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS, MARC LANGDON'S, LANNY THIBODEAUX'S, MARIANNE WILLIAMS', SHERRY ROCHEN'S AND RANDY LEWIS' MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Geneva Reed-Veal, individually and as Mother & Independent Administrator of the Estate of SANDRA BLAND, deceased, and moves this Honorable Court for an extension of time in order to adequately respond to motions for summary judgement filed by Defendants, Marc Langdon, Lanny Thibodeaux, Marianne Williams, Sherry Rochen and Randy Lewis and in support of her motion, Plaintiff states the following:

1) On or about March 2, 2016 Defendants Marc Langdon, Lanny Thibodeaux and Marianne Williams filed their motion for summary judgement and on March 18, 2016 Defendants, Sherry Rochen and Randy Lewis filed a motion for summary judgement as well.

2) On March 22, 2016 this Honorable Court set Plaintiff's response deadline for April 22, 2016. (See Ex. 1; Doc. #97).

3) On or about March 25, 2016 Plaintiff's counsel received the Texas Ranger Report from the F.B.I. and, given its volume, did not complete a review of the same until on or about April 3, 2016.

4) Now that Plaintiff's counsel has reviewed the Texas Ranger Report that purports to have oral statements from Defendants, Rochen, Lewis and Williams, Plaintiff's counsel has issued subpoenas for said defendants and will further need to depose Defendants, Langdon and Thibodeaux as said defendants have attached affidavits in support of their respective motions for summary judgement.

5) Before having the occasion to review the Ranger Report, Plaintiff's counsel did not have the identity of those who had provided statements to investigators nor did Plaintiff's counsel know the content or subject matter those statements obtained by the Texas Ranger who generated said report.

6) Plaintiff's counsel had to wait to review the Ranger's Report to avoid blindly deposing Defendants without knowing what prior statements they may have made.

7) Defendants motions for summary judgement are premature given that no oral discovery has been completed to date as a consequence of the parties not having access to the aforementioned Ranger Report.

8) While Plaintiff expects to be able to complete the depositions of the Defendants, Marc Langdon, Lanny Thibodeaux, Marianne Williams, Sherry Rochen, Randy Lewis, Magnus, Prudente along with the other named Waller County Defendants by the end of July 2016, it is probable that additional information will flow from the testimony given by said defendants which, in turn, may warrant further discovery.

Wherefore, Plaintiff requests this Honorable Court vacate is March 22, 2016 Order (Document 97) and enter an Order allowing Plaintiff to respond to Defendants, Marc Langdon's, Lanny Thibodeaux's, Marianne Williams', Sherry Rochen's and Randy Lewis' motion for summary judgement on or before July 29, 2016. Plaintiff requests any and all other relief as may be deemed just and equitable to and for her.

Respectfully submitted:

CANNON D. LAMBERT, Sr.

**PLAINTIFFS' COUNSEL**
**Cannon D. Lambert, Sr.**
Karchmar & Lambert, P.C.
211 W. Wacker, Ste. 1400
Chicago IL 60606
(312) 977-1300
(312) 977-1999 Fx.
Cannon@karchmarlambert.com

**Larry Rogers, Jr.**
Counsel for Plaintiff
Power Rogers & Smith PC
70 W. Madison, Ste. 5500
Chicago IL 60602
lrogersjr@prslaw.com

**Jesse Thomas Rhodes, III, Wayne Colodny, Erin Oglesby, Robert Brzezinski**
Tom Rhodes Law Firm, P.C.
126 Villita Street
San Antonio, Texas 78205
trhodes@tomrhodeslaw.com

**EXHIBIT 1**

Case 4:15-cv-02232   Document 103   Filed in TXSD on 04/13/16   Page 6 of 7

United States District Court
Southern District of Texas
**ENTERED**
March 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Geneva Reed-Veal, | § | |
| Plaintiff(s), | § | |
| v. | § | CIVIL ACTION NO. H-15-2232 |
| Brian Encinia, et al, | § | |
| Defendant(s). | § | |

## ORDER

Pending before the Court are Defendant Mark Langdon, Lanny Thibodeaux, and Marianne Williams' Motion for Summary Judgment (Doc. # 89) and Defendant Sherry Rochen and Randy Lewis' Motion for Summary Judgment (Doc. # 96). It is hereby

ORDERED that the responses to the foregoing motions are extended to on or before April 22, 2016.

SIGNED at Houston, Texas, this __22__ day of March, 2016.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| GENEVA REED-VEAL, Individually & as Mother &Independent Administrator of the Estate of SANDRA BLAND, deceased,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ENCINIA, et al,<br><br>Defendants. | No. 4:15-cv-02232<br>Judge David Hittner |

## ORDER

Pending before the Court are Defendant, Marc Langdon, Lanny Thibodeaux, Marianne Williams' Motion for Summary Judgment (Doc. # 89) and Defendants, Sherry Rochen and Randy Lewis' Motion for Summary Judgement (Doc. # 96). It is hereby

ORDERED that the responses to foregoing motions are extended to on or before July 29, 2016.

SIGNED at Houston, Texas, this _____ day of April, 2016.

_____
The Honorable **DAVID HITTNER**