United States District Court
Southern District of Texas
**ENTERED**
May 12, 2016
David J. Bradley, Clerk

In the United States District Court
for the Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Geneva Reed-Veal, Individually and as Mother and Personal Representative of the Estate of Sandra Bland, deceased, Plaintiffs, | § § § § § | |
| v. | § § | Civil Action No. 4:15-cv-02232 |
| Brian Encinia, *et al.*, Defendants. | § § § | Jury |

### ORDER

Defendant Texas Department of Public Safety's Motion to Quash [D.E. *107*] is granted.

SIGNED at Houston, Texas, on this the ___12___ day of ___May___, 2016.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE