United States District Court
Southern District of Texas
**ENTERED**
June 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Geneva Reed-Veal, | § § | |
| V. | § § | Civil Action No. H-15-2232 |
| Brian Encinia, et al, | § § § | |

# ORDER

Pending before the Court is Plaintiff's Motion to Reconsider (Document # 117). Having considered the motion, the submissions and the applicable law, the Court determines that the foregoing motion should be granted in part. Accordingly, the Court hereby

ORDERS that the Motion to Reconsider (Document # 117) is GRANTED IN PART. Plaintiff, at a later date and if good cause is shown, may seek leave of this court to conduct more than fifteen depositions so as to allow her the opportunity to complete the depositions essential to her case.

Signed at Houston, TX on the ___2___ day of June, 2016.

DAVID HITTNER
United States District Judge