United States District Court
Southern District of Texas

**ENTERED**
June 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

GENEVA REED-VEAL, Individually & )
as Mother & Independent Administrator of the Estate )
of SANDRA BLAND, deceased, )
)
Plaintiff, )
)
v. ) No. 4:15-cv-02232
) Judge David Hittner
BRIAN ENCINIA, et al, )
)
Defendants. )

### ORDER

Pending before the Court are Defendant, Rafael Zuniga, Michael Serges, Dormic Smith, Cynthia Whidden, Matthew Mills & Waller County, Motion for Summary Judgment (Doc. # 119 & 39). It is hereby
ORDERED that the responses to foregoing motions are extended to on or before August 31, 2016.

SIGNED at Houston, Texas, this __14__ day of ~~May~~ June, 2016.

The Honorable **DAVID HITTNER**