In the United States District Court
for the Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Geneva Reed-Veal, Individually and as Mother and Personal Representative of the Estate of Sandra Bland, deceased, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:15-cv-02232 |
| Brian Encinia, *et al.*, | § § | |
| Defendants. | § | Jury |

### Defendant Encinia's Advisory to the Court

In compliance with the Court's order of April 21, 2016 [D.E. 108], Defendant Brian Encinia provides the Court with an update on the status of his criminal case. Encinia's attorneys for the criminal case are reviewing discovery and investigating the matter. Another advisory will be filed in two months as ordered.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

KAREN D. MATLOCK
Chief, Law Enforcement Defense Division
Co-counsel

/s/ Seth Byron Dennis
SETH BYRON DENNIS
Assistant Attorney General
Attorney-in-charge
State Bar No. 00790580
Southern District Bar No. 18527
P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080
Fax No. (512) 436-2109

**Attorneys Defendant Encinia**

**Notice of Electronic Filing**

I, Seth Byron Dennis, Assistant General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing **Defendant Encinia's Advisory to the Court** in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 16th day of June, 2016.

/s/ Seth Byron Dennis
SETH BYRON DENNIS
Assistant Attorney General

## Certificate of Service

I, Seth Byron Dennis, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendant Encinia's Advisory to the Court** has been served by means of the Southern District of Texas's CM/ECF filing system, in accordance with the Federal Rules of Civil Procedure on this the 16th day of June, 2016, addressed to all parties of record

/s/ Seth Byron Dennis
SETH BYRON DENNIS
Assistant Attorney General