IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Geneva Reed-Veal, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-15-2232 |
| | § | |
| Brian Encinia, et al, | § | |
| Defendant. | § | |

## ORDER

The Court hereby refers this case to mediation and shall proceed before the following designated mediator:

Diana Marshall
Marshall and Associates
Suite 450
1010 Lamar
Houston, Texas 77098
713-755-0300

Mediation is a nonbinding settlement conference in which the parties are directed to attempt to resolve their differences with the assistance of a third-party facilitator. All proceedings in a mediation session are confidential and privileged from discovery. No subpoena, summons, or other process shall be served at or near the location of any mediation session, upon any person entering, leaving, or attending any mediation session.

Within 7 days from the date of this order, all counsel must contact the mediator listed above to arrange the logistics of mediation. The parties are to proceed to mediation within the next 30 days. If no date can be scheduled by agreement within the next 30

days, the Court will select a date, and the parties shall appear as directed by the Court.

Each party and their counsel will be bound by the attached Rules for Mediation and shall timely complete and submit to the mediator the attached Attorney's Information Sheet.

Each party who is a natural person must be present during the entire mediation process. Each party that is not a natural person must be represented by a principal, partner, or officer with authority and discretion to negotiate a settlement.

The parties shall make independent arrangements for the prompt payment of fees for the mediation. The costs of mediation are to be divided and borne equally by the following categories of parties: the Plaintiff, Geneva Reed-Veal; the Defendant Brian Encinia; and the Defendant Waller County and the individual Waller County Defendants.

Following the mediation, the mediator will advise the Court only that the case did or did not settle. No other information concerning the mediation may be given to the Court by the mediator or any other party.

Counsel and the parties shall proceed in a good faith effort to resolve this case through mediation. Referral to alternative dispute resolution is not a substitute for trial, however, and the case will be tried if it is not settled.

The parties shall continue to proceed under the current scheduling order. The mediation will not affect any deadlines, including the trial setting of January 23, 2017.

SIGNED at Houston, Texas, on this **20** day of July, 2016.

                                                        *David Hittner*
                                                        DAVID HITTNER
                                                        United States District Judge