# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **GENEVA REED-VEAL, ET AL.** | § | |
| *Plaintiffs*, | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:15-CV-02232** |
| | § | **(JURY TRIAL REQUESTED)** |
| **BRIAN ENCINIA, ET AL.,** | § | |
| *Defendants*. | § | |

## ORDER

ON THIS DAY, the Court considered the Defendants' Motion for Protective Order, the evidence, and any responses and replies, and the Court is of the opinion that such Motion should be and is hereby **GRANTED.**

**IT IS ORDERED** that all deposition testimony in this matter is sealed.

**IT IS FURTHER ORDERED** that the parties, lawyers, witnesses, and potential witnesses are prohibited from divulging any discovery materials or deposition testimony to the media or other third parties.

**IT IS FURTHER ORDERED** that the parties, lawyers, witnesses, and potential witnesses are prohibited from providing extrajudicial statements or interviews about this litigation (other than on matters of public record).

The parties, lawyers and potential witnesses are not prohibited from discussing, without elaboration or characterization, (1) the general nature of any allegations or defenses; (2) information contained in the public record;

(3) scheduling information; (4) any decision or order by the Court that is a matter of public record; and (5) "the contents or substance" of any filed motion, to the extent the motion is a matter of public record.

SIGNED this _____ day of _____ 2016.

_____
United States District Court Judge