## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| GENEVA REED-VEAL, Individually & as Mother &Independent Administrator of the Estate) of SANDRA BLAND, deceased, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN ENCINIA, Et. Al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    No. 4:15-cv-02232 <br> )    Judge David Hittner <br> ) <br> ) <br> ) |

# NOTICE OF FILING

**TO: SEE SERVICE LIST**

On July 29, 2016, I shall file the attached: **Plaintiff's Expert Designation Disclosure** with the United States District Court, Southern District of Texas.

Name: KARCHMAR & LAMBERT, P.C.      Attorney for Plaintiff
ADDRESS: 211 W. Wacker, Ste. 1400      Chicago Il., 60606
TELEPHONE: (312) 977-1300      Atty No.: 6237503

## PROOF OF SERVICE BY MAIL

I, the undersigned, certify that I served this notice by mailing a copy to the above-named party(ies) at the above-stated address(es) and depositing the same in the U.S. Mail at 211 W. Wacker Chicago Il. at or before 5:00 p.m. on July 29, 2016, with proper postage prepaid.

Under penalties as provided by
law pursuant to Il.REV.STAT.CHAP
110 Sec. 1-109, I certify that
the statements set forth herein
are true and correct.

CANNON D. LAMBERT, Sr., Esq.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

GENEVA REED-VEAL, Individually &amp;   )
as Mother &amp;Independent Administrator of the Estate)
of SANDRA BLAND, deceased,   )
   )
Plaintiff,    )
   )
v.    )    No. 4:15-cv-02232
   )    Judge David Hittner
BRIAN ENCINIA, Et. Al.,    )
   )
Defendants.    )

# PLAINTIFF'S EXPERT DESIGNATION

Now comes the Plaintiff, Geneva Reed Veal, Individually and as Mother and Independent Administrator of the Estate of Sandra Bland, by and through her attorneys, Karchmar & Lambert, P.C., pursuant to this Honorable Court's Order, and makes the following timely expert designations in the above captioned matter. The full disclosures with reports and C.V.'s will follow within 60 days as per said Order of Court:

1. **ANDREW J. SCOTT, III**
   AJS Consulting, LLC
   750 Elm Tree Lane
   Boca Raton, Florida 33486
   Phone: (561) 302-0756
   **POLICE PRACTICES EXPERT**

2. **JOYE M. CARTER, M.D.**
   521 W. McCarty Street
   Indianapolis, IN 46225
   Phone: 317-327-5840
   **MEDICAL PATHOLOGIST**

3. **Dr. SHELLY GILL**
   125 Park Avenue Manhattan
   New York 10017 Bus. Ph.: (646) 477-1516
   **SUICIDOLOGIST/PSYCHIATRIST**

4.    **Dr. RICHARD G. KEIKBUSCH**
      Address: 2825 Goddard Place
      Midland, TX 79705
      Tel. (432) 552-2357
      **JAIL PRACTICES EXPERT & AFLE EXPERT**

                              Respectfully submitted:

                              _____
                              CANNON D. LAMBERT, Sr., Esq.

Karchmar & Lambert, P.C.
211 W. Wacker, ste. 1400
Chicago IL 60606
(312) 977-1300 Phone
(312) 977-1999 Fax

# SERVICE LIST

## WALLER COUNTY DEFENDANTS

Larry Simmons, Sheila Milbrandt & B. Eliot New
Germer PLLC
Houston Tx.
PO. Box 4915
Beaumont, Tx. 77704-4915
Ph: (409)813-8033
Mobile: (409) 880-9305
Email: ljsimmons@germer.com
Eliot New <enew@germer.com
Sheila Milbrandt <sheilam@germer.com
Fax: (409) 835-2115

## DEFENSE COUNSEL FOR DPS & BRIAN ENCINIA:

Seth Dennis
Texas Atty. General=s office
Asst. Atty. General
P.O. Box 12548
Capitol Station
Austin, TX 78711
512-936-2109Email: seth.dennis@texasattorneygeneral.gov

## PLAINTIFFS ATTORNEYS:

Larry R. Rogers, Jr.
Counsel for Plaintiff
Illinois Bar # 6220743
Federal Bar # 6220743
lrogersjr@prslaw.com
Power Rogers & Smith PC
70 W. Madison St. # 5500
Chicago, IL 60602
Telephone: (312) 313-0202
Facsimile: (312) 977-1999

Jesse Thomas Rhodes, III
Attorney in Charge
Texas Bar #16820050
Federal Bar #17613
trhodes@tomrhodeslaw.com
TOM RHODES LAW FIRM, P.C.
126 Villita Street
San Antonio, Texas 78205
Telephone: (210) 225-5251
Facsimile: (210) 225-6545

**Andrew J. Scott, III**
**750 Elm Tree Lane**
**Boca Raton, FL 33486**
**(O) 561-302-0756  (F) 561-892-8250**
ascott@ajspoliceconsulting.com

## CURRICULUM VITAE

### EDUCATION

Masters of Science in Management                               G.P.A: 3.92
    St. Thomas University
    Miami, Florida (12/1993)

Bachelor of Arts in Psychology                                G.P.A: 3.46
    Florida International University
    Miami, Florida (3/1977)

Federal Bureau of Investigation National Academy              G.P.A: 4.0
    Session # 183
    Quantico, Virginia (12/1995)

Federal Bureau of Investigation Law Enforcement Executive Development
    Session #42
    Quantico, Virginia (3/2000)

### EXPERIENCE

**Vice President & Principal**                         **Scott-Roberts and**
                                                      **Associates, LLC**
**January 2008 to present**                           **West Palm Beach, FL**

- Vice President and Principal of Scott-Roberts and Associates, LLC providing employment screening, tenant screening, and background checks for clients in need of these services.

**President**                                         **AJS Consulting, LLC**
September 2002 to present                              **Boca Raton, Florida**

- President and owner of AJS Consulting, LLC and AJS Protection Services, Inc. specializing in:
- Security team development and deployment
- Law enforcement policies and procedures development and review.
- Expert witness testimony and litigation preparation relating to police procedures and practices.
- Corporate and private plant security related matters.
- Security assessments.
- Leadership Development
- Expert in law enforcement accreditation consultation.
- Expert in evidence collection and storage protocols for law enforcement agencies, law firms, and insurance companies.
- Police use of lethal and less lethal use of force.
- Police vehicle pursuits
- Electro muscular disruption devices (EMDs).

1

- Recruitment, retention issues.
- Minority hiring and promotion.
- Internal Affairs.
- Crime Prevention.
- Racial Profiling.
- Law enforcement related technology.
- Domestic counter terrorism initiatives.
- Preparing for and responding to mass disasters
- Media relations – crisis management.
- Crime scene.
- Training initiatives.
- Homeland security initiatives.
- Community policing initiatives.
- Dignitary protection.

**President**                                                  **The Evidence Storage Company, LLC**
**January 2007-Present**                                            **Boca Raton, FL**

- President and owner of The Evidence Storage Company (TESCO™) which provides secure storage of property or evidence impounded by insurance companies, law firms and law enforcement agencies.

**Chief Operating Officer**                                           **Antol Restoration**
**January 2006 to December 2006**                                     **Boca Raton, Florida**

- Responsible for the day to day operation of the company (annual revenue of $12 million), and reports directly to the President and owner of the company.
- Develop strategic business plans for the company.
- Created company Mission, Vision, and Value statements.
- Provided ongoing leadership and management training.
- Created a Human Resource function.
- Hired personnel to fill strategic vacancies (e.g., H.R. Director, Project Managers, Permitter, Customer Service Specialist, and Marketing Specialist).
- Develop policies and procedures for various company domains.
- Implemented weekly accountability meetings with all company departments and biweekly department head accountability meetings.
- Oversee General Manager, Controller, Production Manager, Sales Manager, Warehouse Manager and Office Manager.
- Implement market penetration and diversification strategies for the company (creating Antol roofing company and HVAC company.).
- Oversee and maintain fiscal spending within budget.
- ·Opened new business (National Evidence and Property Storage, Inc.) as Vice President and co-owner.
- Created and implemented new marketing strategies for the company.
- Implemented bar-coding system in warehouse immediately resulting in pricing efficiency to our customers and effective inventory control.
- Created company employee policy book.
- Implemented monthly company newsletter.
- Implemented employee 401(k) plan.
- Actively engaged in sales.

**Chief of Police**                                              **Boca Raton Police Department**
**City of Boca Raton**                                             **Boca Raton, Florida**
**October 1998 to February 2006**

2

- Chief Executive Officer of a police department of 197 sworn officers with 110 civilians for a city population of 85 thousand citizens, a city of 28 square miles, and a $26 million dollar budget.
- Outlined a new mission, vision, and direction for the department in order to forge the most efficient means to conduct business. Transformed a view of the police department from "status quo" into a nationally renowned law enforcement agency serving an internationally recognized city.
- Applied pragmatic fiscal discipline, maintained at or under budget performance each year through better allocation of personnel and resources, and increased seizure of criminal assets.
- Instituted 12 hour shifts in the Uniform Patrol Division resulting in an additional 10% increase in person hours without any additional cost to the taxpayers.
- Developed and carried out an on-going five-year strategic plan focused on technology, leadership development, and recruitment and training providing agency personnel with the right tools to enhance the department's performance to our citizens.
- Reduced felony crime by 42% over a seven year period (1998-2005).
- Received international accreditation by the Commission on Accreditation for Law Enforcement Agencies, Inc. (CALEA) three times (1999, 2002, and 2005).
- Received state accreditation by the Commission on Florida Law Enforcement Accreditation, Inc. (CFA) three times (1999, 2002, and 2005).
- Envisioned, developed and created the International Center for Leadership and Development (ICLAD) for advanced training for law enforcement, fire fighters, and civilian government workers in the tenets of leadership, management, homeland security, and overall think-tank for relevant issues impacting the noted disciplines.
- Strategically utilized nearly $13 million dollars of seized assets from criminal enterprises to build ICLAD.
- Created a mechanism of accountability for developing crime solving strategies within the city via Strategic Focus Initiative (SFI) monthly meetings modeled from New York City Police Department's COMPSTAT.
- Instituted a citywide leadership program, initially in the police department, and then citywide, utilizing the model and principles proffered by Kouzes and Posner's *The Leadership Challenge*.
- Instituted geographical districting in order to promote accountability and responsibility to all levels of the organization for combating crime and social issues that cause crime.
- Introduced wireless computer technology inside police cruisers with access to NCIC, FCIC, DHSMV, Internet, and department Intranet.
- Created the Family Services Bureau which allowed the police department to respond to all issues of the family, regardless of age or need, with social services, crime prevention services, family intervention services, and typical law enforcement services for juveniles.
- Created and instituted an Elder Crimes Specialist position specializing in the needs of the elderly and providing the first senior crime prevention program in Palm Beach County.
- Created the first volunteer program in Palm Beach County to check on elderly citizens who were housebound.
- Enhanced the victim/witness advocate program by creating a second advocate specialist position.
- The first police department in Palm Beach County to deploy to all sworn personnel Electro Muscular Disruption Devices (EMDD), commonly known as TASERS.
- Chairperson for the committee on developing a countywide policy for EMDD use for Palm Beach County law enforcement agencies, on behalf of the Palm Beach County Law Enforcement Planning Council. The committee consisted of the Palm Beach County Medical Examiner, the Palm Beach County State Attorney, and several other prominent Police Chiefs.

3

- Palm Beach County law enforcement received national recognition for the development of a model policy for EMDD use by the International Association of Chiefs of Police (2005).
- The first police department in Palm Beach County to deploy to all sworn personnel carbine assault rifles (.223 cal.) replacing the shotgun.
- Upgraded all issued side arms to semi-automatic, Sig Sauer, 40 cal.
- Experienced the first bio-terrorism attack on American soil in October 2001 when the American Media, Inc. (AMI) building was infected with anthrax resulting in a homicide.
- Strategically partnered with the Federal Bureau of Investigation (F.B.I.), the United States Attorney General's office, and a myriad of other national, state, and local law enforcement and governmental agencies to investigate the anthrax attack.
- Creation and development of the department's Safe Community Initiative program providing instruction to segments of the community susceptible to hate crimes and acts of terrorism.
- Formed an alliance with Boca Raton Community Hospital and the Boca Raton chapter of the American Heart Association to equip all patrol cars in the department's fleet with Automatic External Defibrillators (A.E.D.) at no cost to the taxpayers.
- Purchased and coordinated the installation of a state of the art radio dispatch center (1999) equipped state of the art computer aided dispatch system for the city's police and fire department.
- Purchased and coordinated the installation of a state of the art records management system.
- Economically relocated the department's communications center from the police department to a new, separate, location.
- Established a cell phone program for victims of domestic abuse at no cost to the victim.
- Partnered with local business creating a crime prevention program where cell phones were given to drivers of the participating business so they could immediately contact the police when a crime is observed.
- Implemented a bicycle patrol unit.
- Implemented the Trespass after Warning program.
- Implemented a Jet Ski patrol program for the community's waterways.
- Augmented the Marine Patrol Unit with two additional vessels totaling four vessels.
- Created a Traffic Enforcement Task Force.
- Created a Youth Probation Enforcement Program with the Department of Children and Families.
- Teamed the Organized Crime Unit with other local, state and federal law enforcement agencies to combat narcotics trafficking and white collar crimes.
- Collaborated with The Salvation Army with a program called Greater Achievement Through Education (GREAT) created to help at risk children with school preparation and tutorial assistance.
- Partnered with Big Brothers/Big Sisters by allowing officers on-duty time to become a Big Brother or Big Sister to children in need.
- Developed an innovative recruitment program called "Guess Who's Coming to Dinner." The concept attracted national media attention and successfully allowed the police department to attract a vast number of candidates to fill police officer vacancies.
- Implemented the "I Prevent Crime" crime prevention campaign raising the consciousness of the community and its responsibility to protect themselves against crime.

Assistant Chief of Police                    **North Miami Beach Police Department**
City of North Miami Beach                     **North Miami Beach, Florida**
January 1995-October 96

- Promoted to Assistant Chief in 1995 assisting in the oversight of the 161 person police department.

4

- Acted as Chief of Police in his absence.
- Functional experience as Assistant Chief overseeing Uniform Patrol, Administration, and Investigations.
- Development and oversight of the department's $10.1 million dollar budget.
- Development and oversight of the department's information technology section.
- Responsibility over the department's Accreditation Office and successfully guided the department through two international accreditations and two state accreditations.
- Assisted in the development of the department's five year strategic plan.
- Administered the department's Law Enforcement Trust Fund
- Oversight of the department's Internal Affairs Unit.
- Oversight of the department's Personnel and Training Unit.
- Oversight of the department's Emergency Operation Center.
- Oversight of the department's Special Response Team.
- Accreditation assessor for CALEA and CFA.

**Lieutenant**  
**City of North Miami Beach**  
**1992-1995**

**North Miami Beach Police Department**  
**North Miami Beach, FL**

- Commander of Internal Affairs and Personnel and Training.
- Accreditation Manager (1991-1996).
- Patrol Shift Commander (1992-1994).
- Field Training Commander (1992-1998).
- Quality Team Management Facilitator (1992-1998).

**Sergeant**  
**City of North Miami Beach**  
**1989-1992**

**North Miami Beach Police Department**  
**North Miami Beach, FL**

- Administrative Sergeant – direct assistant to the Major of Administration. Supervised Communications, Records, Property Room, Quartermaster and Vehicle Maintenance.
- Crime Investigations Sergeant – Supervised a 20 member detective and crime scene unit which provided full service investigations ranging from homicides and traffic homicides to property crimes.
- Patrol Sergeant – Managed a 14 member shift which responded to initial calls for service from the public.
- Special Response Team Sergeant (SRT).

**Detective**  
**City of North Miami Beach**  
**1982-1989**

**North Miami Beach Police Department**  
**North Miami Beach, FL**

- Property Room Custodian - Fully responsible for all property and evidence taken into custody by department personnel. Conducted a staff study of the property room function.
- Crime Scene Group Leader – Supervised a four member crime scene unit. Developed and implemented new guidelines and procedures for investigating diverse types of crime scenes.
- Crime Scene Detective – Investigated a variety of crime scenes from homicides to property crimes.

**Patrolman**  
**City of North Miami Beach**  
**1982**

**North Miami Beach Police Department**  
**North Miami Beach, FL**

- Uniform Patrol Officer and Special Response Team member (SRT).

**Patrolman**
City of North Miami
1978-1982

**North Miami Police Department**
North Miami, FL

- Uniform Patrol Officer.

## PROFESSIONAL AFFILIATIONS

- International Association of Chiefs of Police (IACP)
- Florida Police Chiefs Association (FPCA)
- Palm Beach County Association of Chiefs of Police (Life-time member)
- F.B.I. National Academy Associates (FBINA)
- Law Enforcement Executive Development Associates (LEEDA)
- Police Executive Research Forum (PERF)
- National Center for Women and Policing
- National Association of Women Law Enforcement Executives
- Commission on Accreditation for Law Enforcement Agencies, Inc. (CALEA)
- Commission on Florida Accreditation for Law Enforcement Agencies, Inc. (CFA)
- Florida Police Accreditation Coalition (FLAPAC)
- Florida Division of International Association for Identification
- International Association For Property and Evidence (IAPE)
- Miami-Dade County Police Benevolent Association
- Certified Corporate Property & Evidence Specialist (CCPE)
- American Society of Industrial Security (ASIS) member
- International Association of Arson Investigators (IAAI) member
- Property and Casualty Claims Professionals (PCCP) member

## PROFESSIONAL BOARD AND COMMITTEE APPOINTMENTS

- Active committee member - IACP Forensics Committee
- Active committee member - IACP Crime Prevention Committee
- Blue Ribbon Advisory Committee member for the development of the IACP's Technology Desk Reference for Chiefs of Police in conjunction with the Technology Technical Assistance Program (TTAP) in association with the United States Department of Justice.
- Co-Chair (former) – National Sheriff's Association Neighborhood Watch Advisory Program
- Chairperson (former) - Commission on Accreditation for Florida Law Enforcement Agencies, Inc.
- Assessor and Team Leader (former) - Commission on Accreditation for Law Enforcement Agencies, Inc.
- Assessor and Team Leader (former) - Commission on Accreditation for Florida Law Enforcement Agencies, Inc.
- President (former) - Palm Beach County Association of Chiefs of Police
- Chairperson (former) - Palm Beach County Law Enforcement Planning Council.
- Chairperson (former) – Palm Beach County Multi-Agency Gang Task Force.
- Board Member (former) – Boca Raton Police Athletic League
- Executive Board Member (former) – Hundred Club of South Palm Beach County
- Member (former) F.B.I. Anti-Terrorism Task Force (Miami Field Office).
- Southern Police Institute – Louisville, Kentucky – Guest Lecturer
- F.B.I.- Miami Field Office – Guest Lecturer
- Miami Dade Police Department – Guest Lecturer – 1998-2006 Internal Affairs Seminar.

6

## AWARDS AND RECOGNITIONS

- Promoting Equality **for Women Award from the National Center for Women and Policing – 2001 (2nd male Chief of Police in the United States to receive this honor).**
- "Breaking the Glass Ceiling "Award from the National Center for Women and Policing – 2001.
- Recognition from the F.B.I. for assistance to the AMI/Anthrax investigation – 2002
- Recognition from the **Palm Beach County Law Enforcement Planning Council for chairing the Council - 2002**
- Manager of the Year **for the City of Boca Raton – 2002.**
- Man of Distinction Award from the **American Red Cross – 2002.**
- Humanitarian of the **Year Award from The Haven – 2004**
- Palm Beach County **Association of Chiefs of Police recognizing contributions to law enforcement - 2005**
- Recognition from the **Commission on Florida Law Enforcement Accreditation, Inc. – 2006**
- Recognition from the **Commission on Florida Law Enforcement Accreditation, Inc. for being the Chairperson of the Commission – 2006**
- Performance Institute – **Washington D.C., Key note speaker – Use of Force in the 21st Century – June 2010.**

## PUBLICATIONS

- Scott, A.J. (1994). *Law Enforcement and the Need for a Paradigm Shift*. The Florida Police Chief.

- Scott, A. J. (1994). *Handling Civil Unrest*. The Florida Police Chief.

- Scott, A.J. (1995). *Accreditation, What's In It For Me?*. Dade County PBA Heat

- Hughson, M & Scott A.J. (2001, January). *Boca Raton Police Services Department Comprehensive Approach to Juvenile Crime*. The Florida Police Chief.

- Hughson, H. & Scott A.J. (2003, May). *Boca Raton's Family Services Bureau Puts Families First*. The Florida Police Chief.

- Egan, S. & Scott, A.J. (2004). *Safe Community Initiative*. The Florida Police Chief.

- Sullivan, J.J. & Scott, A.J. (2005, February). *A Leadership Challenge: Turning Vision into Reality*. The Florida Police Chief.

- Coy, L. & Scott, A.J. (2005, September). *I Prevent Crime: A Crime Prevention Campaign*. The Police Chief (The International Association of Chiefs of Police magazine).

- Scott, A.J. (2007, December). *Use of Force...How Much is Too Much?* The Defender (Statewide publication for Florida State Public Defenders).

## COMMUNITY ACTIVITY

| | | |
|---|---|---|
| • Florida Atlantic University | Adjunct Faculty | 08/05-Present |
| • Lynn University | Adjunct Faculty | 08/04-Present |
| • Florida Police Chiefs Association | Member | 10/98-Present |

| | | |
|---|---|---|
| • Palm Bea~ County Association of Chiefs | Member/Past President | 10/98-Present |
| • P.R.O.P.I ... | Member /President | 06/04-Present |
| • Boy Scou of Amerca | District Chairperson | 2010-Present |
| • The Have | Award Recipient | 2004 |
| • Natl Cent for Missing/Exploited Children | Advisory Member | 04/04-01/06 |
| • American ed Cross | Advisory Board Member | 11/99-01/06 |
| • American ed Cross | Award Recipient | 2002 |
| • Rotary Clb of Boca Raton | Former member | 1999-2006 |

## POST SECONDA Y TEACHING EXPERIENCE

| | | |
|---|---|---|
| • Lynn Uni sity<br>Undergra ate Courses in Criminal Justice<br>and Crim logy | Adjunct Faculty | 08/04 – Present |
| • Florida A ntic University<br>Undergra ate Courses in Criminal Justice<br>and Crim logy | Adjunct Faculty | 08/04 – Present |
| • Keiser Ui ersity<br>Undergra ate Courses in Human Resources | Adjunct Faculty | 08/07 - Present |
| • Capella U versity<br>Undergra ate Courses in Criminal Justice<br>And Crin ology | Adjunct Faculty | 11/07 – Present |

## ADDITIONAL T INING CLASSES:

- Auxiliary Officer Certification
- Basic Law Enforcement Training
- Police O er Certification
- Officer S ss Assessmen & Resolution
- Instructor echniques
- Crime Sc e Procedures for Law Enforcement Officers
- Special R ponse Team – Basic Tactics
- Instructo raining – Police Baton
- Sex Offen s – F.B.I.
- Crime Sce e Procedures
- Crime Sce e Techniques – F.B.I.
- Police Ph graphy Course
- Police/Me cal Investigation of Death – I.A.C.P.
- Chemical gents Instructor
- Firearms I structer Techniques
- Crime Sc e Investigators Conference
- DNA Ide fication
- Line Super ision
- Advance port Writing
- Drugs in t Workplace
- Death Inv tigation
- Designer ugs
- Officer Si ival Training
- FCIC Bas Telecommunications
- Police Executive Development Workshop

8

- Job Task Analysis
- The Supervisory Leadership Challenge
- Basic Field Force
- The Basics of Writing Policies and Procedures
- Disorder Management Symposium
- Police Internal Affairs
- Infectious Diseases Seminar
- ASP Refresher
- Verbal Judo
- Human Diversity
- Firearm's Transition
- Equal Employment Law Workshop
- Promotional Assessor
- B-P.D Certification
- Driver Improvement Seminar
- OC Gas Training
- Anti-Lock Braking System
- Leadership and Development
- Accreditation Certifications
- Incident Command System
- Multi-Agency Incident Management
- NIMS ICS 120 Incident Command System
- Graduate Criminal Justice Education – University of Virginia, FBI NA Quantico, VA
- Overview of Incident Command System
- Disaster Planning
- Commission on Florida Law Enforcement Accreditation Assessor Training
- Managing the New Millennium
- United States Secret Service Dignitary Protection Seminar
- Missing & Exploited Children Chief Executive Officer Seminar
- CALEA Certified Team Leader
- Basic TASER instructor

*Revised: 07/29/10*

Andrew J. Scott, III

## Testimony List

1) **Mary Maldonado and Karen Wigley, et.al v Renee Barazza and the Albuquerque Police Department, City of Albuquerque New Mexico**
- **Deposition given; yes**
- **Trial:** no
- **Second Judicial District Court, County of Bernalillo, State of New Mexico, case #** CV-2006-05765
- **Defendant**
- **Attorney: Stephanie Griffin**

*(Case involved alleged wrongful death due to police pursuit)*

2) Samuel Metcalf v **Larry Campbell, et al**
- **Deposition given: yes**
- **Trial:** no
- **United States District Court, Northern District Court of Florida, Tallahassee, Florida,** case # **4:07CV73RH/WCS**
- **Plaintiff**
- **Attorney: Marie Mattox**

*(Case involved excessive use of force involving a TASER and false arrest)*

3) Vernon Roberts v. **City of Hialeah, et al.**
- **Deposition: yes**
- **Trial:** no
- **United States District Court, Southern District of Florida, Case #** 06-22657 – **CIV-S**-**TZ/McALILEY**
- **Plaintiff**
- **Attorney: David Perkins (Hoffman, Larin and Agnetti, P.A.)**

*(Case involved improper police procedures re: excessive use of force by a K-9)*

4) **Damon Nichols v. Florida Fish and Wildlife Conservation Commission, Eddie Pates, individually, Scott Pierce, individually, Gary Herndon and Jeff Schreiner, individually.**
- **Deposition: yes**
- **Trial:** no
- **In The Circuit Court for the Second Judicial Circuit, In and For Leon County, Florida. Case No.** 05CA2616
- **Plaintiff**
- **Attorney: Marie Mattox**

*(State case; involved improper police procedures and excessive use of force with a marine patrol vessel)*

5) Kyle ___ v **City of Chicago, et al.**
- **Deposition: yes**
- **Trial:** no

1

- **In the** United States District Court **For The Northern District of Illinois** Easter Division, Case No. 07-C-1207
- Plaint f
- **Attorney: Jon Lovey**

*(Case involved improper police procedures re: photo line-up and false arrest)*

6) **Christopher Glass v. State of Maryland, et al**
- **Deposition: yes**
- **Trial: no**
- In The Circuit Court **For Prince George's County, Maryland (CAL -7-18706**
- Plaint f
- **Attorney:** Jason Levine

*(Case involved excessive Use of Force involving a TASER)*

7) Robert Pearson v. Prince George's **County (Maryland)**
- **Deposition: yes**
- **Trial: yes**
- In The Circuit Court **For Prince George's County, Maryland (Criminal Trial** No. 04-1226X)
- Plaint f
- **Attorney:** Jason Levine

*(Qualified as an expert on police practices and procedures re: improper police procedures re: photo line-up and false arrest.)*

8) State of Florida v Hill
- Deposition given: yes
- Trial: es
- Judicial Circuit Court for Broward County (Case No. 06-4316 CF 10 A)
- Defendant
- **Attorney:** Michael Bloom and **Amanda Maxwell**

*(Qualified as an expert on police practices and procedures re: use of deadly force.)*

9) Jeffrey Williams v Penrod's Elbo Room, Inc.
- Deposition given: yes
- Trial: no
- Circuit Court of the 17th Judicial **Circuit, in and for Broward County,** Florida (CACE07003960 (02)
- Defendant
- **Attorney:** Timothy Ferguson

*(Case involved excessive use of force by an establishment's security personnel)*

10) Joseph Randolph v. Jairam Mahabir and Steve London
- Deposition: yes
- Trial: no
- United States District Court for the Eastern District of Michigan Northern Division (Case No 07-12283-BC

2

- Plaintiff
- Attorney: Dan Palmer

*(Excessive use of force)*

### 11) Mr. & Mrs. Charles Barkley v. Broward Sheriff's Office

- Deposition given: yes
- Trial: yes
- United States District Court Southern District of Florida (Case No. 07-61252-Civ)
- Plaintiff
- Attorney: Stuart Address

*(Qualified as an expert on use of force – case involved excessive use of force involving a TASER.)*

### 12) State of Florida v. Carlos Ulloa

- Deposition given: yes
- Trial: no
- Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida
- Defendant
- Attorney: Joseph Wolenski

*(State criminal case; case involved improper police procedures involving deadly force)*

### 13) Nancy Causey and Glen Causey, Parents of Megan Dylan Causey, deceased v. Carlos Montoya and County of Dona Ana

- Deposition given: yes
- Trial: yes
- United States District Court For The District Of New Mexico
- Plaintiff
- Attorney: Rick Sandoval

*(Qualified as an expert in: Use of Force, Police Practices and Procedures, and Hiring and Retention. Wrongful Death; case involved improper police practices and procedures and inappropriate use of deadly force)*

### 14) Team Effort, Inc. /a Hammerheads v. City of Virginia Beach, et al.

- Deposition: yes
- Trial: yes
- United States District Court for the Eastern District of Virginia, Norfolk Division
- Plaintiff
- Attorney: Kevin Martingayle

*(Qualified as an expert in police practices and procedures.)*

### 15) Crowell and Kilmartray v. Brattleboro Police Department (VT), Kirkpatrick, et al.

- Deposition: yes
- Trial: no
- United States District Court, District of Vermont (Docket # 4: 24:08-CV-55
- Plaintiff
- Attorney: David Sleigh

*(Excessive use of force involving a TASER device)*

### 16) Jeffrey Gray v. Frederick County (Maryland) Sheriff's Office
- **Deposition:** yes
- **Trial:** no
- **United States District Court for the District of Maryland (Civil Action No: 1:08-cv-01380-WD )**
- Plaintiff
- **Attorney:** Gregory Lattimer

*(Excessive use of force with a TASER device and wrongful death)*

### 17) Christopher Parish et al v City of Elkhart et al
- **Deposition:** yes
- **Trial:** yes
- **United States District Court Northern District of Indiana South Bend Division (3:07 – cv - 0452-RL-CAN**
- Plaintiff
- **Attorney:** Jon Loe y

*(Qualified as an expert in police practices and procedures, eyewitness identifications and photo arrays, and criminal investigations. Wrongful arrest/incarceration and improper police procedures.)*

### 18) William Enos v Officer Richard King (VT)
- **Deposition:** yes
- **Trial:** no
- **United States District Court, District of Vermont, Civil case # 2:08-CV-208**
- Plaintiff
- **Attorney:** David Williams

*(Excessive use of force with a TASER)*

### 19) John Montoya v Officer Sheldon, City of Albuquerque (NM), et al
- **Deposition:** yes
- **Trial:** yes
- **United States District Court for the District of New Mexico, No. CIV-08-0478 JP/RLQ**
- Defendant
- **Attorney:** Stephanie Griffin

*(Qualified as an expert in Use of Force and Police Practices and Procedures re: alleged excessive force by the police and wrongful arrest)*

### 20) Maya Bower – Soto v City of Liberal (KA)
- **Deposition:** yes
- **Trial:** no
- **United States District Court, District of Kansas, Case # 08-1171-MLB**
- Plaintiff
- **Attorney:** Randall K. Rathbun

*(Excessive use of force involving a TASER weapon resulting in wrongful death)*

### 21) Lonell Brown v Nicholas Parks and City of Norfolk (VA)

4

- Deposition: yes
- Trial: no
- United States District Court for the **Eastern District of Virginia, Case #2:09** cv-42
- Plaintiff
- Attorney: C. Stewart Gill

*(Excessive use of force using a Taser)*

### 22) J. Brown and Ranea Brown v Patricia Richards, Officer Clay Gillespie, City of Denham Springs (LA) Police Department

- Deposition: yes
- Trial: no
- 22 ¹ Judicial District Court, State of **Louisiana, Parish of St. Tammanyrocky,** Case # 2007-12265
- Plaintiff
- Attorney: Robert Marionneaux

*(Improper police practices and procedures re: wrongful death)*

### 23) Officer John Franko v City of Cleveland

- Deposition: yes
- Trial: no
- United States District Court **Northern District of Ohio – Eastern Division,** case # 1:07CV 547
- Plaintiff
- Attorney: Greg Bashein

*(Improper police practices and procedures re: disparate treatment)*

### 24) William Harvey v. City of Titusville (FL) et.al

- Deposition: yes
- Trial: no
- United States District Court **Middle District of Florida, Orlando Division**
- Plaintiff
- Attorney: W. Doug Martin

*(Improper police practices and procedures re: SWAT)*

### 25) Roy Towsley v. William Frank (Springfield PD, Vermont)

- Deposition: yes
- Trial: no
- United States District Court **For The District of Vermont, case # 24:09-CV-** 23
- Plaintiff
- Attorney: David Williams

*(Excessive Force involving a 37mm weapon)*

### 26) Thomas Dobrowski and Michael Dobrowski v. Hi-Tech Security, Inc, and Glenn Straus

- Deposition: yes
- Trial: no

5

- Circuit Court of the City of St. Louis, State of Missouri
- Plaintiff
- Attorney: Luke Wells

*(Improper police practices and failure to train)*

27) Crystal Bartley, et. al v Rodney Jack Strain, Sheriff, St. Tmmany Parish Sheriff's Office, et. al
- Deposition: yes
- Trial: no
- United States District Court, **Eastern District of Lousiana**
- Plaintiff
- Attorney: Lance Unglesby

*(Wrongful death and excessive force using a TASER Weapon)*

28) Arthur DeBose, Jr. and Bonita V. DeBose v. City of Jacksonville and Michael Mason
- Deposition: yes
- Trial: no
- United States District Court, **Middle District of Florida, Jacksonville Division**
  *(Case no: 3:10-cv-00579-MMH-JRK*
- Plaintiff
- Attorney: Reginald Luster

*(Wrongful death and excessive force)*

29) Eric Leon Harris v. Ronnie H. McQuaig, et. al
- Deposition: yes
- Trial: no
- United States District Court **For The Southern District Of Georgia, Dyer ss Division**
- Plaintiff
- Attorney: Donna Crossland

*(Qualified as an expert on use of force in a correctional facility. Excessive use of force on an inmate in a correctional facility)*

30) James Howell v. Houston County (GA) Sheriff's Office, et.al
- Deposition: yes
- Trial: no
- United States District Court Middle **District of Georgia Macon Division,** case # :09-C-402
- Plaintiff
- Attorney: Virgil Adams

*(Excessive force on an inmate in a correctional facility)*

31) Joseph Cavicchio, Jr. v City of Plantation, et. al
- Deposition: yes
- Trial: no
- The Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida   Case No: 08-047403 (21)

- Plaintiff
- Attorney: Thomas Buser

*(Improper police practices and procedures resulting in wrongful arrest)*

32) William Meyers, Sr., and Anna Mae Meyers v. Baltimore County Police Department, et al.
- Deposition: yes
- Trial: no
- In The United States District Court For the District of Maryland, Civil Action No. Bel 10-CV-00549
- Plaintiff
- Attorney: Greg Lattimer

*(Excessive force using TASER weapon resulting in wrongful death)*

*10/26/10*

7

# CURRICULUM VITAE

**NAME:**

   Joye Maureen Carter, M.D.

**ADDRESS and contact information:**

   **Owner of Biblical Dogs, Inc.**

   **Owner of Joye M Carter Enterprises**

   **DBA:  J and M Forensic Consulting**
   **Email: JandMForensics@AOL.com**
   **DBA: Biblical Dogs Publishing**
   **Email:BiblicalDogs@AOL.com**


   **Corporate Business Address:**
   **Biblical Dogs Inc./J and M Forensic Consulting**
   **1075 Broad Ripple Ave**
   **Suite 238**
   **Indianapolis, IN 46220**
   **Email: Biblicaldogs@aol.com**
   **Email: JoyeMCarterMD@aol.com**


   **Local Address:**
   **Available upon request**



   **866-905-8913 Business Fax**

   **Web site: www.JoyeMCarterMD.com**

**EDUCATION:**

**M.D. – May 14, 1983**
**Howard University College of Medicine**
**Washington, D.C.**

**B.A. – June 1979 (Cum Laude)**
**Wittenberg University**
**Springfield, Ohio**

**Shortridge High School**
**– June 1975**
**Indianapolis, Indiana**

**POSTGRADUATE TRAINING:**

**Fellow in Forensic Pathology 1988 – 1989**
**Dade County, Miami, Florida**

**Chief Resident in Pathology 1987 – 1988**
**Howard University Hospital**

**Anatomic and Clinical Pathology Residency 1984 – 1988**
**Howard University Hospital**

**Booth Memorial Medical Center Internship-Internal**
**Medicine**
**1983 – 1984**
**Queens, N.Y.**

**BOARD CERTIFICATION:**

**American Board of Pathology 1990**
**Forensic Pathology**

**American Board of pathology 1989**
**Anatomic and Clinical Pathology**

**Diplomat of the National Board of Medical Examiners 1984**

2

**Certificate #282244**


**MEDICAL LICENSES:**
  California-# 128053 (active)
  Indiana -# 01063038A (active)
  Tennessee- #MD 38777, Retired status
  Texas - #K1383, inactive
  District of Columbia - #160499 {inactive}
  Virginia -# 0101239134 (active)

**EXPERIENCE:**

  Forensic Pathology Consultant, 2002 until present

  Author, Lecturer and Public Speaker, 2002, until present

  Owner of Biblical Dogs, Inc., DBA J and M Forensics 2002 until present

  Chief Forensic Pathologist to the Marion County Coroner, Indianapolis, Indiana; December 19, 2006 until present

  Volunteer Clinical Professor of Pathology, 2007 until present, Indiana University School of Medicine, Department of Pathology

  Former Chief Medical Examiner of Harris County, Texas; 1996 to 2002

  Former Chief Medical Examiner of Washington, DC; 1992 to 1996

  Former Chief Deputy Medical Examiner of the Armed Forces Medical Examiner Department 1990 to 1992


  **Lectures and Speaking Engagements:**

3

**Keeping the Pipeline Open, presentation for medical educators symposium, September 21, 2014, Indianapolis,IN**

**Why Your health Matters, North County African American Women's Association, San Diego County, CA May 2014**

**Choosing a Career in Medicine, Crispus Attucks High School for Health Professions, May 2014, Indianapolis, IN**

**Longevity in the Field of Death Investigation, Howard University School of Medicine, October 2013, Washington, DC**

**STEM Production and Maintenance, Lecture at Texas Southern University, April 2013, Houston, Texas**

**Visiting Professor January 2013, Randolph-Macon College, Ashland, VA**

**Cathedral High School- Why We Mentor Our Children, 2012**

**Making the Grade to the Black Chemist and Engineer Society, Eli Lilly Pharmaceuticals May 2011**

**Long term Effects of Violence of Children, 2011. February**

**Updates in Forensic Pathology to the Marion County Prosecutors Office, 2010**

**Keynote Speaker, Fort Wayne Trauma Conference; "Investigating Trauma Deaths in the Urban Setting." April 2009**

**Wheatstone Ministries, November 2008, "The Spiritual Impact of Death Investigation." National Lutheran Conference**

4

Speaker at the 2005 American Trial lawyers Association, Investigating Nursing Home Deaths

Speaker at the 2004 American Trial Lawyers Association, Pathology of VIOXX

Keynote Speaker for the City of Waco, NAACP, May 2004

Keynote Speaker for 2003 Forensic Nursing Association

Featured speaker, National Association of Black Mayors, 2003, " Problems in Our Criminal Justice System, This is not CSI!" Houston, Texas

Lecturer, M.D. Anderson Cancer Center, "Death - The Ultimate Diversity
Tool,"        Houston, Texas 2001

Lecturer, the Women's Museum, "Developing Self Esteem And Standing in the Face of Diversity," Dallas, Texas, 2001

Lecturer to Coppin State University, "Substance Abuse," Baltimore,
Maryland, 2001

Lecturer to Houston Community College System, "Creating and Defining the African-American Community:  Family, Church, Politics and Culture," Houston, Texas 2000

Lecturer to Houston Police Department, "Recognizing Child Abuse,"
Houston, Texas 1997

Participant, Workshop on Guidelines for Scene Investigation of Sudden Unexplained Infant Deaths, U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control (CDC), Morbidity and Mortality Weekly Report, Recommendations and Reports,

**Association of State And Territorial Health Officials, Washington, D.C. – 1996**
**Member of Delegation to the Republic of South Africa**
**The Citizen Ambassador Program, 1996 – Forensic Medicine Delegation**

**Forensic Pathology Consultant to CNN, 1994**

**Director of Public Education Seminars on Organ Tissue Donations, 1994 – 1996, Washington, D.C.**

**Director of Forensic Residency Training, 1990 –1992, for the Armed Forces Institute of Pathology, Washington, D.C.**

**Course Director – "Essentials of Forensic Pathology," 1990 – 1992 for the Armed Forces Institute of Pathology, Washington, D.C.**

**Course Director, Lecturer in Homicide School, 1990 – 1996 Washington, D.C. Police Department, Department of Criminal Investigations**

**Lecturer in Basic Forensic Pathology Course, 1990 – 1993 Armed Forces Institute of Pathology, Washington, D.C.**

**Coordinator for the Commission of Public Health Antiviolence Campaign, 1992 – 1996, Washington, D.C.**

**Consultant to the United States Attorney's Office, Civil Rights Division,**
**1990 – 1996, Washington, D.C.**

**Lecturer in Basic Forensic Pathology Course, 1990**
 **"Seminars in Forensic Pathology"**
**Continuing Medical Education Course for Pathology Residents**

**Lecturer, Tri-State Police Adult Sex Crime Unit, 1990**
**CID/AFME Conference, Fairfax, Virginia**

6

**CAP Regional Hospital Inspection Team, 1987 – 1988**
**South Eastern United States**

**USAF Officers Training School (OTS), 1980, Montgomery, Alabama**

**Wittenberg University, 1975 – 1979**
**Part-time Laboratory Assistant/ Microscopist, Springfield, Ohio**

**Indiana University (Preceptorship in Pathology), 1978**
**Department of Pathology, Indianapolis, Indiana**

**Detroit Diesel Allison's (Preceptorship in Bio-Engineering)**
**Indianapolis, Indiana**

**MILITARY EXPERIENCE:**

**Consultant to the Armed Forces as expert defense witness, 2002 until present**

**1979 – 2000**
**Major, United States Air Force Medical Corps. (Retired 2000)**
**Chief Physician, Forensic Pathologist**

**Deputy Chief Medical Examiner**
**Armed Forces Medical Examiner System, 1991 – 1992**

**Director of Forensic Residency/Director of Forensic Education,**
**Armed Forces Medical Examiner System, 1990 – 1992**

**Office of the Armed Forces Medical Examiner**
**Armed Forces Institute of Pathology, 1989 – 1992**

**Director of Forensic Science Master's Program 1989 – 1992**
**"Introduction to Forensic Pathology," Armed Forces Institute**

7

Of Pathology/George Washington University

United States Air Force – Health Professions Scholarship Recipient, 1979

## FACULTY APPOINTMENTS:

IUSM, Volunteer Clinical Professor, Department of Pathology, Director of the Forensic Pathology Program 2007 -present

University of Texas, Houston Health Science Center, 1997 – 2004
Clinical Associate Professor, Pathology & Laboratory Medicine

University of Texas School of Public Health, 1999 – 2005
Adjunct Assistant Professor, Biological Sciences

Baylor College of Medicine, Houston, Texas, 1996 – 2004
Assistant Clinical Professor, Department of Pathology

George Washington University, 1989 – 1996
Washington, D.C.
Associate Professor, Department of Forensic Science

Director of the Forensic Pathology Fellowship training for the United States Armed Forces 1990 until 1992

Howard University College of Medicine, 1991 – present
Washington, D.C.
Assistant Clinical Professor, Department of Pathology

## PROFESSIONAL ORGANIZATIONS:
National Association of Woman Business Owners
American Medical Association; Consortium on Minority Affairs
American Academy of Forensic Science
International Academy of Pathology

8

**President - Houston Medical Forum (2001)**
**Treasurer – Houston Medical Forum (1998-2000)**
**Fellow – American Academy of Forensic Science**
**National Association of Medical Examiners**
**National Medical Association**
**Fellow – College of American Pathologists**
**National Association for the Advancement of Colored People**
**Minority Organ Tissue Transplant Education Program (MOTTEP)**
**American Society of Minority Health and Transplant Professionals (ASMHTP)**
**The Women in Military Service for America Memorial Foundation, Inc., Charter Member**

**CIVIC PRESENTATIONS:**

**The Business of Medicine, presentation to Howard University College of Medicine, October, 2013**

**Fundamentals of Forensic Pathology, presentation to the Kaplan College, Indianapolis Campus, March 2012**

**Stepping Stones, March 11, 2011, Women Faculty, Indiana University School of Medicine**

**Martin Luther King/Diversity Week, Keynote Speaker, January 20, 2010 at Indiana University School of Medicine**

**One Hundred Black Men, Indianapolis Branch, January 13, 2007**
**Martin Luther King Day Celebration in Colorado Springs, CO;**
**Key Note Speaker, 2005**

**Key Note Speaker, NAACP, Arkansas, 2004**

**Key-Note Speaker, International Association of Forensic Nurses, 2003**

9

Keynote Speaker, East Liverpool-Wellsville, OH, NAACP Freedom Fund  Banquet, 2003

Featured Speaker, District of Columbus Conference on Child Fatalities, 2003

Featured Speaker, National Black Mayors' Conference, 2003
  Topic: The Problems with the Criminal Courts' Reliance on DNA Evidence

Speaker, Houston League of Business and Professional Women, Inc., 2001
"The Power to Learn, the Power to Earn," Houston, Texas 2001

Speaker, Wheeler Avenue Baptist Church, "Health Tips," Senior Citizens Picnic, Houston, Texas, August 2002

Speaker, National Association for the Advancement of Colored People, "Violence, 21st Century Plague," NAACP National Convention, Houston, Texas, July 2002.

Speaker, National Association for the Advancement of Colored People, "Empowering the Black Woman," Women in the NAACP Workshop, Houston, Texas, July 2002

Speaker, National Black Nurses Association, "Impact of Drugs on Youth Violence," Houston, Texas, July 2002

Speaker, Student National Medical Association, "Youth Violence,
Hip Hop And Juvenile Violence, The End Result of Violence,"
Houston, Texas, March 2002

Guest Speaker, rossreportnews.net, eighteenth annual "Pioneer Achievement Awards Dinner," honoring 13 outstanding citizens in the metro Atlanta community and Georgia, Atlanta, Georgia, March 2002

10

**Keynote Speaker, Baptist Mission District Association of Texas Education Committee Annual Scholarship Banquet, Houston, Texas, March 2002**

**Keynote Speaker, National Coalition of 100 Black Women, Inc. Symposium, Houston Chapter, "I Am a Woman, Damn It!"**
**Houston, Texas, March 2002**

**Speaker, The University of Texas Health Science Center School of Public Health, Pathology and Public Health Class, Houston, Texas, March 2002**

**Speaker, American Association of University Women, Houston, Texas,**
**March 2002**

**Speaker, City of Houston, Leadership Houston Class XX Criminal Justice Day, "The Role of the Medical Examiner's Office in the Criminal Justice System," Houston, Texas, March 2002**

**Speaker, The Center for Success, Galena Park Independent School System, Houston, Texas, February 2002**

**Speaker, Minority Association of Pre-Health Students of Prairie View A&M University at the 2nd Annual Health Professions Career Fair and Conference,**
**Prairie View, Texas, February 2002**

**Speaker, Houston Police Department graduating Cadet Class #180,**
**"To Protect and Serve," Houston, Texas, June 14, 2002**

**Speaker, R.E. Kirby Middle School's Black History program, "The Color Line Revisited:  Is Racism Dead?" Houston, Texas, February 2002**

11

Speaker, University of Houston-Downtown, "Learning from the Past to Build a Better Future," Houston, Texas, February 2002

Speaker, Mission Faith Baptist Church, Houston, Texas, February 2002

Speaker, Freedom Fund Banquet, NAACP, Plano, Texas 2002

Speaker, San Jacinto Methodist Hospital, Baytown, Texas, January 2002

Speaker, Lee College and the Black Educational Access Committee in Celebration of the birthday of Dr. Martin Luther King, Jr., "Creating and Pursuing Personal Dreams," Baytown, Texas, June 2002

Guest Speaker, Memorial Hermann Hospital Trauma Intervention Program (TIP), "Role of the Medical Examiner and How Death Looks," Houston, Texas, January 2002

Speaker, Ladies of Excellence and Texas Executive Women, Houston, Texas, January 2002

Presentation before City Council on behalf of the Houston Medical
Forum, Houston, Texas – 2001

Presentation, "Ethics in the Therapeutic Autopsy," Howard University's
Health Care Ethics Faculty Retreat, Washington D.C., June 9, 2002

Speaker, Empowerment Breakfast, Hyatt Regency, Houston, Texas – 2001 Speaker, Fourth Annual Conference on Counseling African-American Families, IntraCare Hospital, Houston, Texas – 2001

**Speaker, Urban Financial Services Coalition Annual Scholarship Gala,**
**Houston, Texas – 2001**

**Keynote Speaker, Jesse Jones School of Business, Networking Reception, Houston, Texas – 2001**

**Keynote Speaker, Baylor College of Pharmacy, Houston, Texas        2001**

**Keynote Speaker, Houston Community College – Central, African-American History Month Celebration – 2001**

**Presentation "Living While Black" with Attorney Johnnie Cochran, Jr., Southwestern Region VI, Leadership Training Conference of the National Association for the Advancement of Colored People – 2001**

**Speaker, University of Houston Upward Bound Program, Doubletree Hotel, Houston, Texas – 2001**

**Speaker, Caldwell & Keaton, L.L.P., Houston, Texas – 2001**

**Speaker, African-American Clergy & Healthcare Symposium, Houston,**
**Texas – 2001**

**Speaker, National Medical Association Pathology Section, Nashville,**
**Tennessee – 2001**

**Houston International Community Health Summit, "Healthy Communities Through International Collaboration" – 2001**

**Speaker, Texas Southern University Annual Student Awards Banquet,**
**Houston, Texas, 2001**

**Moderator, National Minority AIDS Education and Training Center**
**Conference, Houston, Texas, 2001**

**Speaker, Mayor's Executive Forum Luncheon, "The Role of the Medical Examiner," Houston, Texas 2001**

**Houston Urban Bankers Association 18th Annual Scholarship Gala, "Building Better Minds for the Future" – April 2001**

**SNMA Region III Conference, "Reach One, Teach One, Impact Thousands, UTMB, Galveston, Texas – 2000**

**Lecturer in the Honorable Calvin Botley Distinguished Lecture Series at Thurgood Marshall School of Law, Texas Southern University – 1999**

**Consultant to American Red Cross, Tissue Service, February 1999**

**American Academy of Forensic Sciences, Toxicology Section,**
**"When You are Called to Court," February 1998**

**American Academy of Forensic Sciences, Toxicology Section, Co-Chairman, "Interpretation of New and Old Drugs," February 1997**

 **"Women in Policing,"   "Women in Charge," Houston, Texas,**
**March 1997**

**American Academy of Forensic Sciences, Forensic Odontology Section, "Fatal Extraction," February 23, 1996**

**Supreme Court of Cape Town, South Africa, "Medicolegal Death Investigation in the District of Columbia," February 1996**

14

"Child Abuse in the Armed Forces," presented at the American Academy of Forensic Sciences, February 1992

"Politics and the Hypothermic Homeless," presented at the American Academy of Forensic Sciences, February 1993

**SCIENTIFIC PROJECTS:**

"M&M's – Not a Chocolate Coated Candy in D.C.," presented at the American Academy of Forensic Sciences, February 1994

"Would Quincy Give Organs Away?" presented at the National Association of Medical Examiners, September 1994

Organizer/Coordinator, "Reaching a Level of Comfort" – 1994 (Annual) Public Seminar – Organ and tissue Donation Education

Howard University Hospital (third place) 1988 Fifth Annual Scientific Forum: "Estrogen Receptors Detection in Breast Carcinoma"

Howard University Hospital (first place) 1986 Third Annual Scientific Forum: "Estrogen Receptors Detection in Breast Carcinoma"

Howard University Hospital (second place) 1986 Third Annual Scientific Forum: "Morphological Finding of Cyclosporine Toxicity in Kidney Transplants"

**AWARDS/CIVIC RECOGNITION:**

Featured in the magazine Program Success for February 2014

Selected as one of the Top 20 Forensic Pathologists Online by the Forensics Colleges Blog, 2014

Featured in the "Who's Who in Black Indianapolis magazine, December 2008

Featured in the Richmond Times Dispatch Newspaper, November 2005

Featured in the 2004 edition of Contemporary Black Biography as the First African American Female to be named a Chief Medical Examiner in the history of the United States of America.

Given the Key to the City of Waco for presentation the NAACP, 2004

Featured in the Houston Business Journal, January, 2004

Honoree of the National Congress of Black Women, 2003

Featured in the Black Business Journal of Houston, Texas, in 2003, as the first Black Female Chief Medical Examiner in the State of Texas, and for starting the first black owned and run Forensic Consulting Firm in the United States.

Honoree of the Houston Urban League for contributions the African American youth and community as a whole, 2003

Honoree, Centrum of One Hundred Women Leaders "Dr. Raymond Floyd Medical Award," Women's History Month Awards Luncheon, Houston, Texas, March 2002

Honoree, Houston Community College System, "Contemporary Black History Maker for 2002," Houston, Texas, February 2002

Honoree, Metropolitan Transit Authority, Black History Month annual

16

Luncheon, "Outstanding leader in the African-American community," Houston, Texas, February 2002

Howard University Medic Annals 2001 featured <u>My Strength Comes from Within</u> and most recent Civic Recognition:  Healthquest Magazine for contribution and commitment to the community, June/July 2001.

Alpha Kappa Omega Chapter of Alpha Kappa Alpha, Inc. for leadership and service to the Houston community, May 2001.

Region V of the National Medical Association's selection to Receive Best Physician Award, May 2001.

Who's Who Among African Americans, America's Registry of Outstanding Professionals, 2001-2002 Edition

International Who's Who of Public Service, First Edition 2000-2001

Honoree, NAACP Freedom Fund Banquet, Holiday Inn SW, Sugar Land,
Texas – 2001

National Coalition of 100 Black Women, Inc., Role Model Program – 2001

Black Health Heroes (featured in Healthquest Magazine, June/July 2001

Texas Southern University College of Pharmacy & Health Sciences,
Annual Senior's Awards Banquet – 2001

Dignity Memorial Providers & Homeless Veterans Burial Committee –
May 2001

Educational and Charitable Foundation, Alpha Kappa
Omega Chapter,
Alpha Kappa Omega Sorority, Inc., "Exemplary Leadership
and Dedicated Service to the Houston Community" – 2001

National Medical Association, Best Physician in Region V –
2001

Certificate of Award in recognition of Support & Dedication
to Yates High School, Black Heritage Committee – 2001

Student National Medical Association, Region V – October
2000

National Black MBA Association, Inc., Houston Chapter,
Leadership
Empowerment Award – 2000

Heavenly Star Baptist Church, Career Awareness and Job
Fair – 2000

Houston Business & Professional Men's Club,
"Outstanding Achievements In Government" – 2000

Made Honorary Citizen by Mayor, San Antonio, Texas –
1999

National Organization of Black Law Enforcement (NOBLE),
"Outstanding Achievement Award" – 1999

The Houston News Pages "Fifth Annual Women of
Distinction Crystal
Award" – 1999

Certificate of Congressional Recognition as Recipient of
the "Women
Of Distinction Crystal Award – 1999"

HEB Pantry Foods spotlight, "Historic Black Firsts" –
February 1999

18

**Prairie View A&M University, Teen Health Symposium – July 1999**

**Sickle Cell Association, "Let The Fashions Begin," Guy Robert Raskin**
**Memorial Award – 1999**

**Leadership Texas – Class of 1999**

**Featured in Link Magazine – February 1999**

**Houston Medical Forum, Community Award – 1998**

**Featured in Black Enterprise Magazine – February 1998**

**Bennett College Belle Ringer Image Award – 1998**

**Featured in Texas Medical Center News – 1997, 1996**

**Featured in Der Spiegel 50/1996**

**Listed in Who's Who in American Women – 1994**

**Featured in Doer's Profile Column (The Washington Times) – 1994**

**Featured in 2,000 Notable American Women (American Biographical Institute) – 1994**

**Medico-Chirurgical Society of D.C. – 1996**

**Rapid Organ Recovery Program – Washington Hospital Center – 1996**

**Howard University College of Medicine – 1993**

**Featured in American Medical News – August 1992**

**National Defense Service Medal (Tri Service) – 1991**

19

**Joint Service Achievement Medal (United States Air Force) – 1991**

**Listed in Who's Who in American High Schools – 1975**

**CIVIC INTERESTS:**

**Internet column 2002 until present: For Goodness Sakes!**

**Board of Directors for Sycamore Rouge in Petersburg, VA [2006]**

**Houston Coordinator for, and in conjunction with, HIV/AIDS Educational Seminar, 2001**

**Program Director/Organizer – Saving Our Kids (SOK) Project – Safe Driving Program, 1999**

**Founder of "We Are All In It Together." Organization for Public Health Education in Houston, Texas**

**Board of Directors, Houston Girls' Health & Wellness Project**

**Board of Directors, Gulf Coast Sickle Cell Association**

**Board of Directors, Bread of Life, Homeless Project**

**Advisor to Sister's Network, Incorporated**

**Volunteer, SPCA Active Member of Covenant Community Church**

**Community Lecturer on Violence and Substance Abuse to youth organizations and churches**

**Volunteer Mentor to D.A.R.E. Program**

20

**PUBLICATIONS:**

**My Strength Comes From Within, Second Edition, April 2014, Outskirts Press, Joye M Carter, M.D.**

**Let Me Give You A Peace of My Mind, Outskirts Press, December 2013, Joye M Carter, M.D.**

**I Speak for the Dead, Biblical Dogs Publishing, 2003, Joye M Carter M.D.**

**My Strength Comes From Within,  Biblical Dogs Publishing 2000, Joye M Carter, M.D.**

**Chapter contribution in the Forensic Handbook, published 2006 by Humana Press**

**Book review published in the Journal of the National Medical Association, 2005**

**Published: Four articles in the Journal of the National Medical Association, 2003**

**Douglas H. Posey, Jr., MD, Joye M. Carter, MD, <u>Gunshot Wound Injuries: A Forensic Pathology Perspective</u>, Clinical Orthopedics and Related Research**

**Joye M. Carter, M.D., <u>Syphilis on the Decline</u>; <u>Hand Washing Decreases Risk of</u> Colds and Flu, Journal of The National Medical Association, Vol. 94, No. 2; February 2002**

**Joye M. Carter, M.D., <u>Crisis in Medico-Legal Death Investigation</u>, Journal of the National Medical Association, Vol. 94, No. 1; January 2002**

**Columnist, African-American News & Issues: <u>Shake It Fast; Show Me What You're Workin' With,</u> February 14-20, 2001**

**Stop in the Name of Love**. **November 29-December 5, 2000**

**At The Feet of My Elders**, **October 25-31, 2000**

**Basis of Good Communication**, **August 2-8, 2000**

**If You Love That Man!** **June 21-27, 2000**

**Some Ads Don't Have Them**, **May 3-9, 2000**

**The Problem with "Presumed Consent,"** **February 2-8, 2000**

**Disparity in Teen Deaths in Harris County Continues**,
**December 15-21, 1999**

**Joye M. Carter, M.D., When Death Occurs in a Hospice**,
**Mental Health**
**Association Journal, 1997**


**Angela M. Murray, Thomas M. Hyde, Michael B. Knable,**
**Mary M. Herman, Llewellyn B. Bigelow, Joye M. Carter,**
**Daniel R. Weinberger, and Joel E. Kleinman, Distribution of**
**Putative D4 Dopamine Receptors in Postmortem Striatum**
**from Patients with Schizophrenia**, **Journal of Neuroscience,**
**March 1995 15(3): 2186-2191**

**Michael B. Knable, Thomas M. Hyde, Mary M. Herman**
**Joye M. Carter, Llewellyn Bigelow, and Joel E. Kleinmen,**
**Quantitative Autoradiography of Dopamine-D1 Receptors,**
**and Dopamine**
**Uptake Sites in Postmortem Striatal Specimens from**
**Schizophrenic Patients Bio, Psychiatry, 1994; 36:827-835**

**Carter, J.M., A Question of Ethic – Probing the Organ**
**Tissue Donation Process**, **About Time, Vol. XIII, No. 4; 44-**
**1994**
**Current CV, 2011 for Joye M Carter, MD.pages**
**Carter, J.M., Green, W.R., Calendar, C.O., et al.**

22

**Carter, J.M., <u>Pulmonary Cavitation with Nocardia and Asperqillus in a Renal Transplant Patient</u>, Journal of National Medical Association, 82:7, 427-531 1990**

**Carter, J.M., <u>The Shame of Miami</u>, Journal of the National Medical Association, 81:12; 1204, 1258, 1989**

**Salvant, E.E., Carter, J.M., Armstrong, E.M., <u>Crest Syndrome:  A Variant of Progressive Systemic Sclerosis, Associated with Interstitial Pulmonary Fibrosis and Malignancy</u>, Southern Medical Association Journal 81:1185-1187, 1988**

References: Available upon request

July 2016

# DR. SHELLY NYCOLE GILL

**125 Park Avenue**
**Manhattan, New York 10017**
**Bus. Ph.: (646) 477-1516 / Cell (845) 521-8321**
drsgill@gillforensics.com / drsnob1@yahoo.com

## *EDUCATION*

**Doctorate of Philosophy,** *Forensic Science/Psychology*
Union Institute and University, Cincinnati, Ohio

**Master of Science,** *Human Services Administration*
Spertus College, Chicago, Illinois

**Bachelor of Science,** *Psychology*, Minor: Biology
Illinois State University, Normal, Illinois

**Associates of Applied Science,** *Embalmer/Funeral Director*
Worsham College, Wheeling, Illinois

## *TEACHING AND TOPICAL RESEARCH*

- Fingerprints in relation to predicting criminal behavior
- Proper Conduction of Cold Case Medico-legal death investigation
- Women's issues, forensics, human sexuality, abnormal psychology
- Cause and Effect of Uterine Fibroids and Endometriosis

## *PROFESSIONAL EXPERIENCES*

### Capella University: *Online Adjunct Faculty*

- Teach graduate level online Criminal Justice and Public Safety courses via Blackboard
- Set-up and maintain virtual classroom, initiate and manage discussion threads, grade assignments
- Respond to all students for each assignment and feedback offered within 24 hours
- Curriculum and Development of courses
- Classes currently teaching: **Proactive Approaches to Forensics and Penal System**
- Serve as Dissertation Chair for two mentees

### EDMC-Argosy University Online: *Online Faculty*

- Teach graduate level online forensic psychology courses via Blackboard
- Set-up and maintain virtual classroom, initiate and manage discussion threads, grade assignments
- Respond to all students for each assignment and feedback offered within 24 hours
- Curriculum and Development of courses
- Classes taught: **Psychology of Criminal Behavior, Evaluation of the Offender**

### Dominican College, Orangeburg, New York: *Assistant Professor*

- Human Sexuality, Human Development
- Academic advisement
- Designed course syllabus, learning outcomes and objectives

### Chicago School of Professional Psychology, *Assistant Professor*

- Designed course syllabus, learning outcomes and objectives for the Forensic Psychology program that is currently in use
- Managed course content and course direction for all adjuncts and faculty teaching psychopathology and clinical & diagnostic interviewing classes
- ***Course Developer***; Designed and developed course content, syllabus, learning outcomes and objectives

### PROFESSIONAL EXPERIENCE- COURSES TAUGHT

- Mental Health Law
- Criminology
- Psychology of Criminal Behavior
- Evaluation and Treatment of the Adult Offender
- Research Methods
- Penal System and Forensics
- Sexual and Violent Crimes
- Ethics and Discrimination
- Drugs and Society
- Forensic Seminar
- Diversity and Multiculturalism
- Introduction to Psychology
- Human Sexuality
- Psychopathology/Abnormal Psychology
- Forensic I & II
- Psychology of the Victim
- Changing Nature of Forensics
- Proactive Approaches in Forensics
- Forensic Documentation and Report Writing
- Juvenile Offender
- Professional Development in Forensics
- Women in Crime
- Human Development and Lifespan I & II

### PROFESSIONAL & ACADEMIC PUBLICATIONS

- Gill, S. (Soon to be in press). Struggling to Live Instead of Exist- My Battle with Uterine Fibroids and Endometriosis.

- O'Neal, S. (2005). The Pathological and Demographic Predictors of Recidivism in Juvenile Offenders. Union Institute and University, Cincinnati, OH.

- O'Neal, S. (1999). Social Acceptance and Mental Health of Female to Male Transsexuals. Spertus College, Chicago, IL.

### PRESENTATIONS

- Gill, S. & Cuff, J. Methods of Resolution to Unidentified Cold Cases. Presented at the National Center for Missing and Exploited Children, Alexandria, VA. November 27-29th, 2012.

- Gill, S. Criminal and Deviant Behavior. Presented at Empire State College, Manhattan, NY. February 13, 2012.

- Gill, S. Identification of Serial Murder: Helpful Tips for the Medical Examiner Investigator. Presented Training at The Orange County Medical Examiner's Office, Goshen, NY. August 7, 2010.

- Gill, S. Uterine Fibroids: What Every Woman Should Know. Guest Speaker at Rockland Community College for Dr. Stanley Ralph. October 7th, 2008.

- White, G., Gill, S. & Sargeant, G. Personal Experiences with Racism as Students and Instructors. Panelist in open forum at the Chicago School of Professional Psychology-Interculturalism Week, April 17, 2007. Chicago, IL.

- O'Neal, S. The Differences between Forensic Science and Forensic Psychology. Presented at the Chicago School of Professional Psychology and Cook County Medical Examiner's Office- Graduate Student Forensic Orientation, August 7th & 9th, 2006. Chicago, IL.

- O'Neal, S. Can Human Fingerprints Predict Maladaptive Behavior? Guest Speaker; Panelist at the Midwestern Forensic Association Forum, August 1, 2005, Chicago, IL.

- O'Neal, S. & Barrett, J. Recidivism and Social Predictors of African-American Males in Cook County Jail. Poster Presentation at Midwest Regional Conference for Forensic Psychology, June 18, 2003.

- O'Neal, S. Comparative Analysis of Wayne Williams and John Wayne Gacy: Both Organized Type Serial Killers. Sacramento, California Union Institute and University, August 2003.

# CURRICULUM VITAE

# OF

# DR. RICHARD G. KIEKBUSCH

# July 2016

**DR. RICHARD G. KIEKBUSCH**

**ASSOCIATE PROFESSOR OF CRIMINOLOGY**

**OFFICE**
**ADDRESS**
Department of Social Sciences
University of Texas of the Permian Basin
4901 East University Blvd
Odessa, TX 79762-0001
Phone: (432) 552-2327
Fax: (432) 552-3325
E-mail: Kiekbusch_r@utpb.edu

**EDUCATION**

B.A.     Sociology, 1967
Magna Cum Laude
University of Notre Dame

M.A.     Sociology, 1970
University of Notre Dame
(Including completion of six semester credit hour
summer program, Institute for Social Research,
University of Michigan, 1968)

Ph.D.    Sociology, 1973
University of Notre Dame

**WORK**
**EXPERIENCE/**
**ACADEMIC**
*Research Assistant*
Institute for the Study of Man in Contemporary Society
University of Notre Dame
Notre Dame, Indiana
1966-1967

*Instructor (Part-time)*
Department of Sociology
Ancilla Domini College
Donaldson, Indiana
1969-1970

*Research Assistant*
Office for Educational Research
University of Notre Dame
Notre Dame, Indiana
1970-1972

1

*Assistant Professor of Criminal Justice*
Sam Houston State University
Huntsville, Texas
1972-1974

*Participating Faculty*
Southwest Texas State University
San Marcos, Texas
1977

*Assistant Professor of Criminology*
University of Texas of the Permian Basin
Odessa, Texas
1996-2001

*Associate Professor of Criminology*
University of Texas of the Permian Basin
Odessa, Texas
2001-Present

**WORK**
**EXPERIENCE/**
**NON-ACADEMIC**

*Resident Staff Member*
Parkview Juvenile Detention Center
South Bend, Indiana
1967-1968

*Elementary School Teacher*
Benjamin Harrison School
South Bend, Indiana
1968-1971

*Director*
Regional Juvenile Corrections Project
South Bend, Indiana
1974-1976

*Director of Evaluation and Research*
Texas Youth Commission
Austin, Texas
1976-1977

*Assistant Executive Director for Childcare*
Texas Youth Commission
Austin, Texas
1977-1981

2

*Superintendent*
Corsicana State Home / Residential Treatment Center
Corsicana, Texas
1981-1983

*Chief Deputy / Jail Administrator*
Lewis County Sheriff's Department
Chehalis, Washington
1983-1986

*Superintendent*
Prince William — Manassas Regional Adult Detention Center
Manassas, Virginia
1987-1992

*Director of Detention and Rehabilitation*
Mecklenburg County Sheriff's Department
Charlotte, North Carolina
1992-1995

*Director of Operations*
Concept, Inc.
Louisville, Kentucky
1995

*Manager, Operations*
Corrections Corporation of America
Nashville, Tennessee
1995

**HONORS /**
**ACADEMIC**

University of Texas of the Permian Basin

- Nominated for Regents' Teaching Award, 2015.
- Nominated for Chancellor's Outstanding Teacher Award, 1997, 2000, 2001, 2003
- Nominated for Golden Windmill Award, 2000
- Included in WHO'S WHO AMONG AMERICA'S TEACHERS, 2000, 2003, 2004, 2005

**HONORS /**
**NON-ACADEMIC**

Lewis County, Washington Sheriff's Office

- Employee of the Quarter Award in the Corrections Bureau named the "Dick Kiekbusch Award", 1987-2001

American Jail Association

- Meritorious Service Award, 1987
- President's Award, 1991
- Past President's Award, 1993

3

- Outstanding Service Award, 1994

Prince William County, Virginia

- Manager of the Year Award, 1992
- County Executive's Award, 1992
- Resolution of Commendation from Board of County Supervisors, 1992

Honorary Appointments

- Honorary Deputy Sheriff, Dekalb County, Georgia, 1990
- Honorary Deputy Sheriff, Fulton County, Georgia, 1991
- Honorary Deputy Sheriff, Multnomah County, Oregon, 1993

Selected to attend Correctional Management Training Program, Wharton School, University of Pennsylvania, Philadelphia, Pennsylvania, 1980.

**CURRENT PROFESSIONAL ASSOCIATIONS**

Academy of Criminal Justice Sciences

- Member since 1995
- Corrections Section, 1996 – 2002

American Correctional Association

- Member since 1972
- Adult Local Detention committee, 1986
- Delegate Assembly, 1988 – 1989
- Cost-Effective Conditions of Confinement Committee, 1988-1989
- Small Jails Standards Committee, 1987 – 1988
- Correctional Employees Committee, 1991 – 1992
- Member, Council on Professional Education, 1996 – 2002
- Associate, Council on Professional Education, 2002 – Present.

American Jail Association

- Member since 1983
- Board of Directors, 1987 – 1994
- Third Vice President, 1988 – 1989
- Second Vice President, 1989 – 1990
- First Vice President, 1990 – 1991
- President – Elect, 1991 – 1992

4

- President, 1992 – 1993
- Immediate Past President, 1993 – 1994
- Council of Past Presidents, 1993 – Present
- Chair, Small Jails Committee, 1985 – 1987
- Chair, Jail Standards Committee, 1987 – 1989
- Chair, Membership Committee, 1989 – 1990
- Chair, Conference Planning Committee, 1990 – 1991
- Chair, Bylaws Committee, 1991 – 1992
- Chair, Nominating Committee, 1993 – 1994
- Chair, Awards Committee, 1996 – 1997, 1999–2000
- Conference Planning Committee, 1998 – 1999, 1999 – 2000, 2000 – 2001, 2001 – 2002
- Editor, AJA History Committee, 2005 - present

National Sheriffs' Association
- Member since 1983
- Jail Auditor, 1985

Sheriffs' Association of Texas
- Associate Member since 1997

Southwestern Association of Criminal Justice
- Member since 1996

Texas Jail Association
- Member since 1997

| | |
|---|---|
| **UTPB COURSES TAUGHT / UNDERGRADUATE** | Corrections in America (CRIM 4320)<br>Probation and Parole (CRIM 4321)<br>Issues in Criminology and Criminal Justice (CRIM 4334)<br>Social Deviance (CRIM 3350)<br>Juvenile Delinquency and Justice (CRIM 3365)<br>Theories of Criminal Behavior (CRIM 4332)<br>Contemporary Issues in Corrections (CRIM 4389)<br>Legal Foundations of Corrections (CRIM 4322)<br>Internship in Criminal Justice (CRIM 4392)<br>Senior Research Seminar (CRIM 4399)<br>The American Jail (CRIM 4383)<br>Civil Liability in Criminal Justice (CRIM 4383)<br>Introduction to Criminology (CRIM 2336) |
| **UTPB COURSES TAUGHT /** | Contemporary Problems and Issues in Correctional Administration (CJAD 6350) |

| | |
|---|---|
| **GRADUATE** | Public Administration in Criminal Justice (CJAD 6304)<br>Theories in Criminal Justice Administration (CJAD 6389)<br>Women and Minorities in the Administration of Criminal Justice (CJAD 6330)<br>Policy Evaluation in Criminal Justice Management (CJAD 6310)<br>Civil Liability for Criminal Justice Administrators (CJAD 6362)<br>Contract Study:  Internship (CJAD 6391)<br>Contemporary Problems and Issues in Correctional Administration (CJAD 6350)<br>Master's Thesis (CJAD 6399) |
| **DISSERTATION** | Kiekbusch, R. G. (1973). Juvenile court intake: Correlates of dispositioning.  Unpublished doctoral dissertation, University of Notre Dame. |
| **BOOK CHAPTERS** | Kiekbusch, R.G. (2010) Managing suicidal inmates in the jail setting.  In Stojkovic, S. (Ed.), Managing special populations in jails and prisons, Vol.2. Kingston, NJ:  Civic Research Institute.  Forthcoming. |
| | Kiekbusch, R.G. (2005). General management concerns – preparing staff to work efficiently. In Stojkovic, S. (Ed.), Managing special populations in jails and prisons (Chapter 2).  Kingston, NJ: Civic Research Institute. |
| | Kiekbusch, R. G. (2001). Jail privatization: The next frontier.  In Shichor, D. & Gilbert, M. J. (Eds.), Privatization in criminal justice: Past, present, and future (pp. 133 – 168).  Cincinnati, OH:  Anderson Publishing Co. |
| | Kiekbusch, R. G. (1992).  The privatization of jails: A corrections management perspective.  In Bowman, G. W., Hakim, S., & Seidenstat, P. (Eds.), Privatizing the United States justice system:  Police, adjudication, and corrections services from the private sector (pp. 275 – 280).  Jefferson, NC: McFarland and Co., Inc. |
| | Kiekbusch, R. G. (1989). Principles of organization and management.  In First/second line jail supervisor's training manual (pp. 67 – 83).  Alexandria, VA: National Sheriffs' Association. |
| **REFEREED ARTICLES** | Price, W. H., Kiekbusch, R.G., & Theis, J. (Spring 2007). Causes of employee  turnover in sheriff operated jails. Public Personnel Management, pp. 51-63. |
| | Kiekbusch, R., Price, W., & Theis, J. (2003, Nov.). Turnover predictors: Causes of employee turnover in sheriff-operated jails. |

Criminal Justice Studies, pp. 67-76.

Kiekbusch, R. G. (2001, Apr.).  The looming correctional
workforce shortage: A problem of supply and demand.
Corrections Compendium, pp. 1 – 3, 24 – 25.

Kerle, K., Stojkovic, S., Kiekbusch, R. G. & Rowan, J. R. (1999,
Dec.).  A rejoinder to Vaughn and Smith's "Practicing penal
harm medicine in the United States: Prisoners' voices from the
jail".   Justice Quarterly, pp. 897 – 906.

# INVITED
# ARTICLES

Kiekbusch, R. G. & Leible, R. J. (2014, June/July). Influencing
the conduct of line officers: Some practical tips for chief
executives. Corrections Managers' Report, pp. 1-2, 14-15.
Reprint of article that originally appeared in Corrections
Managers' Report, Oct./Nov. 20004.

Kiekbusch, R. G. (2014, February/March). Corrections Classics:
Prison evaluation in lean economic times: some suggestions.
Corrections Managers' Report, pp 65-66, 70, 72, 79. Reprint of
article that originally appeared in Corrections Managers' Report,
April/May 2003.

Kiekbusch, R.G. (2013, Aug./Sept.). Corrections Classics: Jail
safety: begin with roll call. Corrections Managers' Report, pp.19-
21. Reprint of article that originally appeared in Corrections
Managers' Report, Oct./Nov. 2000.

Kiekbusch, R.G. (2013, April/May). Corrections Classics: Be a
role model. Corrections Managers' Report, pp. 81-82, 93-94.
Reprint of article that originally appeared in Corrections
Managers' Report, June/July 2002.

Kiekbusch, R.G. (2013, Dec./Jan.). Corrections Classics: Dealing
with the reality of politics in corrections. Corrections Managers'
Report, pp.51-52. Reprint of article that originally appeared in
Corrections Managers' Report, Aug./Sept. 1997.

Kiekbusch, R.G. (2012, Jan./Feb.) It just depends. Guest editorial
on the jail profession and higher education in American Jails, p.5.

Kiekbusch, R. G. (2010, Dec./Jan.). Recognizing the suicidal
inmate and preventing jail suicides. Corrections Managers'
Reports, pp.51-56. Reprint of Chapter 12 in Stojkovic, S. (Ed.),
Managing Special Populations in Jails and Prisons, Vol 2, 2010.

Kiekbusch, R.G. (2009). Correctional leadership in the 21st

century. In Schmalleger, F. & Smykla, J. Corrections in the 21st Century (4th Ed.). (pp. 385-386). New York, NY: McGraw - Hill.

Kiekbusch, R.G. (2008, Nov. / Dec.). The jail and the university: Make it worth their whiles. American Jails, pp. 43, 45-48.

Kiekbusch, R.G. (2008). Politics and American corrections. In Stojkovic, S., Kalinich, D., & Klofas, J. (Eds.). Criminal Justice organizations: Administration and management (4th ed.). (p. 263). Belmont, CA: Thomson/Wadsworth Publishing Co.

Kiekbusch, R.G. & Leible, R.J. (2004, Oct./Nov.). Influencing the conduct of line officers: Some practical tips for chief executives. Corrections Managers' Report, pp. 36-37, 42.

Kiekbusch, R. G. (2003, Apr./May). Prison evaluation in lean economic times: Some suggestions. Corrections Managers' Report, pp. 89 – 91.

Kiekbusch, R. G. (2002, Oct./Nov.). Inmate rehabilitation programs in jails: What should they look like? Corrections Managers' Report, pp. 35 – 36, 43.

Kiekbusch, R.G. (2002, June/July). The correctional administrator as a role model. Corrections Managers' Report, pp. 3 – 4, 16.

Kiekbusch, R. G. (2002, Feb./Mar.). Reducing officer turnover in jails. Corrections Managers' Report, pp. 65 – 66, 77.

Kiekbusch, R. G. (2002, Dec./Jan.). A national study of jail officer attitudes: Management implications. Corrections Managers' Report, pp. 54, 63 – 64.

Kiekbusch, R. G. (2001, Aug./Sept.). Criminal justice policy making: Voices from graduate school. Corrections Managers' Report, pp. 5 –7.

Kiekbusch, R. G. (2001, June/July). Inmate entitlements: When "right" may be wrong. Corrections Managers' Report, pp. 3 – 4, 16.

Kiekbusch, R. G. (2001, Apr./May). Defining and influencing correctional policy. Corrections Managers' Report, pp. 81, 94 – 96.

Kiekbusch, R. G. & Kehoe, C. J. (2001, Feb./Mar.). Addressing

8

the correctional workforce shortage: Reduce demand or increase supply. Corrections Managers' Report, pp. 67 –68, 73 – 74.

Kiekbusch, R. G. (2000, Oct./Nov.). How to promote staff safety in jails. Corrections Manager's Report, pp. 35 – 36, 45 – 46.

Kiekbusch, R. G. (2000, Aug./Sept.). Guidelines for new supervisors. Corrections Managers' Report, pp. 1, 29 – 32.

Kiekbusch, R. G. & Daniels, K. (2000, Apr./May). Coordinating jail operations: Washington State's Master Capacity Plan. Corrections Managers' Report, pp. 3 – 4, 9.

Kiekbusch, R. G. (2000, Mar./Apr.). Professionalizing our jails: The academic connection. American Jails, pp. 19 – 22, 24.

Kiekbusch, R. G. (2000, Feb./Mar.). How to use meetings as tools for effective management. Corrections Managers' Report, pp. 5 – 6, 16.

Kiekbusch, R. G. (2000, Winter). Doing it by the book: Five added benefits. Key Issues, pp. 5 – 7. Reprint of an article which had appeared in Corrections Managers' Report, Aug./Sept. 1999.

Kiekbusch, R. G. (2000, Dec./Jan.). Eight new year's resolutions for correctional managers. Corrections Managers' Report, pp. 3 – 4, 13 – 14.

Kiekbusch, R. G. (1999, Oct./Nov.). Corrections Y2K problems. Corrections Managers' Report, pp. 1 – 2, 10 – 13.

Kiekbusch, R. G. (1999, Aug./Sept.). Five benefits of doing it "By the book". Corrections Managers' Report, pp. 1, 14 – 16.

Kiekbusch, R. G. (1999, July/Aug.). Why and how sheriffs must lead corrections into the 21st century. Sheriff, pp. 30 – 31, 34 – 36. Reprint of an article which had appeared in Corrections Managers' Report, Dec./Jan. 1999.

Kiekbusch, R. G. (1999, June/July). Strengthening the six cornerstones of good management. Corrections Managers' Report, pp. 5 – 6, 8.

Kiekbusch, R. G. (1999, Apr./May). Reaching out: The academic connection. Corrections Managers' Report, pp. 1 – 2, 9 – 11.

Kiekbusch, R. G. (1999, Mar./Apr.). Misinformation about the American jail and our duty to inform. American Jails, pp. 119 – 120.

Kiekbusch, R. G. (1999, Feb./Mar.) How to manage the generation x correctional officer. Corrections Managers' Report, pp. 5 – 6, 12 – 13.

Kiekbusch, R. G. (1999, Dec./Jan.). Why and how sheriff's must lead corrections into the 21st century. Corrections Managers' Report, pp. 3 – 4, 11.

Kiekbusch, R. G. (1998, Oct./Nov.). Race, gender, education, and the correctional officer. Corrections Managers' Report, pp. 7 – 8, 11.

Kiekbusch, R. G. (1998, Summer). Some random thoughts on the American jail and public misconceptions about it. Key Issues, pp. 2 – 4.

Kiekbusch, R. G. (1998, Aug./Sept.). How to encourage sound jail and prison security practices. Corrections Managers' Report, pp. 5 – 6, 8.

Kiekbusch, R. G. (1998, June/July). Time management: How to make sure you focus on what's important for your agency. Corrections Managers' Report, pp. 7 – 8, 15.

Kiekbusch, R. G. (1998, Apr./May). Applying systems theory to corrections practice: 10 factors you must address. Corrections Managers' Report, pp. 3 – 4, 8.

Kiekbusch, R. G. (1998, Feb./Mar.). How to make performance evaluations an effective management tool. Corrections Managers' Report, pp. 10, 14 – 16.

Kiekbusch, R. G. (1998, Dec./Jan.). Correctional leadership: What does it look like? Corrections Managers' Report, pp. 7, 15 – 16.

Kiekbusch, R. G. (1997, Oct./Nov.). How to conduct a staffing review. Corrections Managers' Report, pp. 2, 4, 10.

Kiekbusch, R. G. (1997, Aug./Sept.). Dealing with the reality of politics in corrections. Corrections Managers' Report, pp. 7, 13 – 14.

Kiekbusch, R. G. (1997, Apr./May). Six cornerstones of good

10

management.  Corrections Managers' Report, pp. 1, 9 – 10.

Kiekbusch, R. G.  (1997, Feb./Mar.).  Correctional officer excellence: What is it?  Corrections Managers' Report, pp. 6, 14.

Kiekbusch, R. G.  (1997, Dec./Jan.).  Inmate management and the institutional administrator: Get out of the office.  Corrections Managers' Report, pp. 1, 13 – 14.

Kiekbusch, R. G.  (1996, Oct./Nov.).  Situational management in corrections: Take a walk.  Corrections Managers' Report, pp. 1, 13, 15.

**MONOGRAPHS**      Kiekbusch, R. G.  (1974).  Law enforcement in Texas: An overview.  Consultant's paper for Law Enforcement at the State Level: Team Project Texas, a study of the Texas Rangers' relationship with Texas hispanics funded by the John Hay Whitney Foundation.  Principal investigator: Julian Samora, Professor of Sociology, University of Notre Dame.

Fahey, F. & Kiekbusch, R. G.  (1971).  Attitudes toward non-public education.  In Economic problems of non-public schools (pp. 1 – 154, 313 – 331).  Notre Dame, IN: University of Notre Dame / Office for Educational Research.

Holtz, G., Lovely, R., & Kiekbusch, R. G.  (1970).  Catholic education in St. Louis: An attitudinal study.  Notre Dame, IN: University of Notre Dame / Office for Educational Research.

Fahey, F., Banks, R., & Kiekbusch, R. G.  (1968).  Assisting youth toward socio-economic adjustment: Final report.  Washington, DC: Office of Juvenile Delinquency and Youth Development.

**NON-REFEREED**      Kiekbusch, R. G.  (1989, Summer).  Concerning the future of
**ARTICLES**          jails.  American Jails, pp. 27 – 28.

Kiekbusch, R. G.  (1987, Spring).  The American Jail Association and the small jail.  American Jails, pp. 24 – 25.

Kiekbusch, R. G.  (1987, Feb.).  Small jails – ignored and misunderstood?  Corrections Today, pp. 14 – 18.

Kiekbusch, R. G.  (1985, Aug.).  Management: one jail's experience.  Corrections Today, pp. 135 – 138.

**BOOK REVIEWS**      Kiekbusch, R. G.  (1997, Mar./Apr.).  [Review of Mays, G. &

11

Gray, T. (eds.), <u>Privatization and the Provision of Correctional Services: Context and Consequences</u>. Cincinnati, OH: Anderson Publishing Co.]. American Jails, pp. 121 – 122.

Kiekbusch, R. G. (1987, Fall). [Review of Kimme, D. <u>The Nature of New Small Jails: Report and Analysis</u>. Washington, DC: National Institute of Corrections]. American Jails, p. 51.

Kiekbusch, R. G. (1987, Fall). [Review of Kimme, D. <u>Small Jail Special Issues</u>. Washington, DC: National Institute of Corrections]. American Jails, pp. 51, 56.

**PAPERS PRESENTED**

Price, W., Kiekbusch, R.G., & Theis, J. (March 2005). Causes of job departure for county jail employees. Annual conference of the Southwest Academy of Management, Dallas, Texas. Paper to be presented by W. Price. Paper also to be published in conference Proceedings.

Price, W., Kiekbusch, R.G., & Theis, J. (March 2003). Turnover among sheriff operated jails. Annual conference of the Southwest Academy of Management, Houston, Texas. Paper presented by J. Theis. Paper also published in conference proceedings.

**CONFERENCE PROCEEDINGS**

Price, W., Kiekbusch, R.G., and Theis, J. (2005). Causes of job departure for county jail employees. Proceedings of 47th Annual Meeting of the Southwest Academy of Management, Dallas, Texas.

Price, W., Kiekbusch, R.G., & Theis, J. (2003). Turnover among sheriff operated jails. Proceedings of the 45th Annual Meeting of the Southwest Academy of Management, Houston, Texas, pp. 215-219.

Kiekbusch, R. G. (1987). Generating community involvement to address jail overcrowding. Proceedings of the 117th Annual Congress of Corrections of the American Correctional Association, New Orleans, Louisiana, pp. 97 – 99.

**OTHER PUBLICATIONS**

Bi-monthly "President's Commentary", American Jails, 1992 – 1993.

**PRESENTATIONS WHILE AT UTPB**

Presentation on UTPB's Criminology and Criminal Justice programs, Viola Coleman High School, Midland, Texas, with Dr. Robert Hollmann, January 2012.

Presentation on Organizational Culture, New Supervisors

12

Course, Permian Basin Law Enforcement Academy, Midland, Texas, May 2009.

Jails and Academe. American Jail Association, Sacramento, California, May 2008.

Jails and Academe. American Jail Association, Salt Lake City, Utah, May 2006.

Luncheon Address, National Correctional Officer Week Luncheon, Ector County Correctional Center, Odessa, Texas, May 2003.

Twenty Traits of Good Leaders. 25th Annual Institute on Substance Abuse and Addiction, Lubbock, Texas. March 2003.

Twenty Traits of Good Leaders. Club Leadership Workshop. Office of Student Activities, University of Texas of the Permian Basin, Odessa, Texas, February 2003.

How to Make Performance Evaluation an Effective Management Tool. West Texas Area (Adult Probation) Chiefs Associations, Odessa, Texas, September 2002.

Small Jails: Same Problems - - Different Solutions. American Jail Association, Milwaukee, Wisconsin, April 2002.

Twenty Traits of Good Leaders. Student Organizations Leadership Workshop, Office of Student Activities, University of Texas of the Permian Basin, Odessa, Texas, September 2001.

Twenty Traits of Good Leaders. Spring Leadership Conference, Office of Student Activities, University of Texas of the Permian basin, Odessa, Texas, February 2001.

Jail Officer Excellence: What is it? 31st Annual Jail Management Conference, Sam Houston State University, Huntsville, Texas, October 2000.

Consultants in your Own Backyard: How Can Academe Help Jails? American Jail Association, Sacramento, California, May 2000.

Methods of Jail Management: Public vs. Private. American Jail Association, Sacramento, California, May 2000.

Top Ten Reasons to Implement Parenting Programs in the Jail Setting. American Jail Association, Fort Worth, Texas,

13

May 1999.

The Practitioner and the Academic. American Jail Association, Fort Worth, Texas, May 1999.
Correctional Leadership. West Texas Juvenile (Probation) Chiefs Association, Midland, Texas, February 1999.

Personal Thoughts on the American Character. Panel for high school students, John Ben Shepperd Public Leadership Institute (University of Texas of the Permian Basin), Odessa, Texas, February 1999.

The Sheriff as a Correctional Leader. Georgia Sheriffs' Association, Atlanta, Georgia, January 1999.

The State of American Corrections at the End of the Century, Unitarian Universalist Church of Midland, Midland, Texas, August 1998.

Private Jails: The Claims and the Delivery. Academy of Criminal Justice Sciences, Albuquerque, New Mexico, March 1998.

Correctional Officer Excellence. United States Deputy Wardens' Association, Indianapolis, Indiana, July 1997.

Jail Policies and Procedures: How to Write Them. American Jail Association, Salt Lake City, Utah, May 1997.

Jails and Academe: The Challenges and the Future. Academy of Criminal Justice Sciences, Louisville, Kentucky, March 1997.

Trends in Corrections. Sociology/Psychology Club, Odessa College, Odessa, Texas, October 1996.

**PRE-UTPB PRESENTATIONS**     Prior to my September 1996 arrival at UTPB, I made presentations and speeches for the following organizations:

- American Correctional Association
- American Jail Association
- Annual Statewide Conference on Foster Care and Adoption in Texas
- Correctional Education Association
- District of Columbia Department of Corrections Training Academy
- Georgia Jail Association

14

- Indiana Council of Juvenile Court Judges
- Mecklenburg County (Charlotte), North Carolina Criminal Justice Summit Conference
- St. Joseph County (South Bend), Indiana Criminal Justice Conference
- Texas Corrections Association
- Washington State Correctional Association
- Washington State Criminal Justice Training Commission Corrections Officer Training Academy
- Washington State Jail Association

**TRAINING**

Jail Policies and Procedures: Some Key Issues, Annual Jail Conference, Correctional Management Institute of Texas, Sam Houston State University, Huntsville, Texas, October 2009.

Development and Implementation of Jail Policies and Procedures. For the American Jail Association, Fort Lauderdale, Florida, January 2002.

Development and Implementation of Jail Policies and Procedures. For the American Jail Association, Hilton Head Island, South Carolina, February 2001.

Development and Implementation of Jail Policies and Procedures. For the American Jail Association, Williamsburg, Virginia, June 1999.
Development and Implementation of Jail Policies and Procedures. For the American Jail Association, Topeka, Kansas, August 1998.

Recruitment, Selection, and Retention of Jail Personnel. For the American Jail Association, Stockton, California, March 1996.

**EDITORIAL POSITIONS**

Editorial Assistance Board, American Jails, 2010-present.

Editorial Board, Correctional Law Reporter, 1989 – 2011.

Contributing Editor, Corrections Managers' Report, 1996 – 2003.

Editorial Board, Corrections Managers' Report, 2003 - Present.

Editorial Advisory Board, Criminal Justice Studies (formerly The Justice Professional), 1998 – 2013.

Board of Advisors, Criminal Justice Research Reports, 1999 – Present.

Editorial Advisory Board, Correctional Health Care Report, 1999 – Present.

**UTPB SERVICE / UNIVERSITY**

Emergency Management Committee, 2015-Present.

Faculty Advisor to Student Senate, Spring 2014.

Acting Chair, Dept. of Social Sciences, June 2013, June 2014.

College of Arts and Sciences Academic Advisory Task Force, 2009 – 2010.

Sociology Search Committee, 2009.

Faculty Senate Academic Affairs Committee, 2007 – 2008.

Chair, College of Arts and Sciences Task Force on Part-Time Faculty, 2007.

Political Science/Master of Public Administration Search Committee, 2006-2008.

Served as hearing officer, student disciplinary hearings, 2005, 2007, 2008.

UTPB Police Chief Search Committee, 2004 – 2005.

Faculty Senate Faculty Affairs Committee, 2004 – 2005.

MESA JOURNAL (student newspaper) Director Search Committee, 2004 – 2005.

Criminology Search Committee, 1999-2012. 2015.
- Chair, 2001-2002, 2002-2003, 2003-2004, 2004-2006, 2006-2009, 2011-2012.

Tuition Advisory Committee, 2003 – 2004.

Safety and Security Committee, 2002 – 2004.

Sociology Search Committee, 2002.

Represented UTPB at investiture of new president of Sam Houston State University, Huntsville, Texas, February 2002.

Psychology Search Committee, 2001 – 2002.

16

University Athletics Committee, 2001 – 2009.

Graduate Council, 2001 – 2002, 2006 - 2007.

Advisor, Catholic Student Association, 2001 – 2004.

Faculty Senate Budget and Governance Committee,
2001 – 2002.

UTTC (University of Texas Telecampus) Committee,
2001 – 2005.

Academic Affairs Committee, Online BA/BS Completion Degree
in Criminology and Criminal Justice (CCJO), University of Texas
Telecampus, 2001 – Present.

One of UTPB representatives in audio and video conferences
regarding the development of an online BA/BS completion
degree in criminology and criminal justice in collaboration with
UT-Arlington, UT-Brownsville, and UT-Dallas.

College of Arts & Sciences Laboratory Policy & Safety
Committee, 2001 – 2004.

Area Coordinator, Undergraduate Criminology Program,
2000 – 2008.

Area Coordinator, Undergraduate Sociology Program,
2000 – 2002.

Program Head, M. S. Program in Criminal Justice
Administration, 1997 – 2008.

Search Committee, Assistant Vice President for Graduate Studies
and Research, 2000.

Faculty Senate Student Affairs Committee, 1999 – 2001.

Parking & Traffic Committee, 1998 – Present.
- Chair, 2002 – Present.

University Catalog Review Committee, 1998.

Committee to review Nominations for Chair, Department of
Behavioral Science, 1998.

Search Committee, Leadership / Political Science Fellow, John

17

Ben Shepperd Public Leadership Institute, 1998.

Environmental Health and Safety Committee, 1997 – 2004.

Political Science Search Committee, 1997.

Ad hoc committee to review student advising system,
1996 – 1997.

Advisor, Criminology Club, 1996 – 1997.

Grant Development Review Panel, 1996 – 1999.

Coordinator, Undergraduate Internship program in
Criminology, 1996 – Present.

I have made presentations to University advisory boards and
other University supporters.

I have consistently assisted with regional science fairs, college
preview days, freshman and transfer student orientations, and
other University – sponsored events.

I have chaired and served as a committee member on Master's
Degree committees in the M. S. program in criminal Justice
Administration.  I have also served as Graduate Faculty
Representative for master's degree oral examinations in
Education, Psychology, History, Kinesiology, and Biology.  My
participation as a committee chair and member is ongoing.

I have given interviews to newspaper, television, and radio
representatives both locally and nationally.

**UTPB SERVICE /**
**COMMUNITY**
Member, Odessa Police Academy Advisory Board, 2013-Present.

Spoke on-site to group of New Tech Odessa High School
students regarding UTPB's Criminology and Criminal Justice
programs, October 2013. Provided subsequent resume
development advice and assistance to a number of the students.

On-site consultation to Reagan County (Big Lake), Texas Sheriff
regarding jail operations, August/September 2012.

Worked with Odessa Police Department (OPD) in arranging
UTPB/OPD co-sponsored training conference for juvenile justice
officials entitled "Youth Gangs, Guns, and Drug Policy", UTPB's
Center for Energy and Economic Diversification, November 6 –
8, 2001.

18

I consulted with staff of the Odessa Chamber of Commerce regarding the possible location of a private prison in the Odessa area as a means of stimulating and diversifying the local economy, September 2000.

Permian Basin Community Partnership Council, Texas Department of Criminal Justice / Parole Division, 1999 – 2001.

I prepared report regarding attorney / inmate visiting policies and procedures at the Midland County Detention Center, December 1998. The report - - prepared for Judge Royal Ferguson, Federal District Court for the Western District of Texas, Midland Division - - required several in-depth visits to the Detention Center as well as meetings with Judge Ferguson, Midland County Sheriff Painter and his executive staff, and representatives of the Midland and Odessa / Ector County Bar Associations.

In November 1997, I provided the disturbance response policy and procedures from an institution which I had run to a representative of the Odessa Police Department. The Odessa Police Department subsequently consulted this material in drafting disturbance response procedures for the privately-run Odessa Detention Center which is housed in the same building as the Odessa Police Department.

I completed a staffing analysis of the Ector County Detention Center at the request of Ector County Sheriff Reggie Yearwood, February 1997.

I have provided information, advice, and assistance to attorneys and citizens from Midland, Odessa, and elsewhere in the Permian Basin regarding criminal justice matters.

**UTPB SERVICE / PROFESSION**

Mentor, National Jail Leadership Command Academy, Sam Houston State University, Huntsville, Texas, 2010-2011.

Served as external reviewer for promotion and tenure application of faculty member at Indiana University / Northwest, 2004.

National Panel of Experts in Correctional Officer Training, College of Education, Oklahoma State University, Stillwater, Oklahoma, 2000 – 2001.

Board of Visitors, Ave Maria School of Law, Naples, Florida, 1999 – Present.

Reviewed occupational profile for occupation of Correction

19

Officer for Educational Testing Service, Princeton, New Jersey, 1996, 2000.

Have served as referee for articles submitted to academic journals in criminal justice and religious studies, 1997 – Present.

**PRE-UTPB SERVICE / ACADEMIC**

Sam Houston State University / Criminal Justice Program:

- Chaired three M. A. thesis committees and served as a member of five other M. A. thesis committees.
- Served as a member of the program's first doctoral committee.
- Supervisor, Degree Planning, Undergraduate Social Rehabilitation and Social Services Curriculum, 1973 – 1974.
- Field Supervisor, Criminal Justice Internship Program, 1973.
- Submitted written testimony on Texas' state juvenile corrections system to Texas House of Representatives / Committee on Human Resources, 1973.
- Guardian ad litem, Walker County Juvenile Court, Huntsville, Texas, 1973 – 1974.

**PRE UTPB SERVICE / NON - ACADEMIC**

National Task Force on Criminal and Juvenile Justice Issues of National Concern, Juvenile and Criminal Justice International, Inc., Roseville, Minnesota, 1992 – 2001.

Advisory Board, Mecklenburg Community Corrections, Inc., Charlotte, North Carolina, 1993 – 1994.

Peer Reviewer, Technical Assistance and Support Program, National Institute of Justice, Washington, D. C., 1991 – 1992.

National forum of correctional executives assembled to discuss trends and issues confronting corrections in the 1990's, National Academy of Corrections, Longmont, Colorado, July 1991.

American Jail Association representative to Committee F-33 (Detention and Correction Facilities) of the American Society for Testing and Materials (ASTM), 1990 – 1993.

Committee of sheriffs and other government officials formed to plan a regional jail for northern Virginia, 1988 – 1992.

Public Safety Policy Committee, Metropolitan Washington, D. C. Council of Governments, 1990 – 1991.

20

Corrections Chiefs' Committee, Metropolitan Washington,
D. C. Council of Governments, 1987 – 1992

- Chair, 1990 – 1991

Liaison Committee, Virginia Board of Corrections, Richmond,
Virginia, 1987 – 1992.

Children's Mental Health Committee, Dallas County Mental
Health Association, Dallas, Texas, 1982 – 1983.

Placement Advisory Committee, Regional Network for Children,
Austin, Texas, 1982 – 1983.

Youth Support Clearinghouse Committee, South Bend, Indiana,
1975 – 1976.

Board of Directors, Indiana Juvenile Justice Task Force, Inc.,
Indianapolis, Indiana, 1975 – 1976.

A Community Concept to Enhance Social Services
(A.C.C.E.S.S.), Mishawaka, Indiana, 1974 – 1976.

Planning and Research Committee, Elkhart Youth Services
Bureau, Inc., Elkhart, Indiana, 1974.

Advisory Council, YWCA Group Home for Girls, South Bend,
Indiana, 1974.

**CONSULTING**          Court Cases in Which Retained as Expert:

(59) For the plaintiff in Reed-Veal v. Waller County, et.
al., U.S. District Court for the Southern District of
Texas, Houston Division, 2016-Present.

(58) For the plaintiff in Gann v. Montgomery County, et.
al., U.S. District Court for the Southern District of
Texas, Houston Division, 2015-Present.

(57) For the plaintiffs in Pinnock, et. al. v. Board of
County Commissioners of Grant County, et. al., U.S.
District Court for the District of New Mexico, 2015–
Present.

(56) For the plaintiff in Shaw v. Board of County
Commissioners of Chaves County, New Mexico, et.
al., Fifth Judicial District Court, Chaves County, New
Mexico, 2014-2016.

(55) For the plaintiff in Tammy Christine Hanson v.

21

Baxter County, Arkansas, et. al., U.S. District Court
for the Western District of Arkansas, Harrison
Division, 2014.

(54) For the plaintiff in Santos v. Liberty County, Texas,
et. al., U.S. District Court for the Eastern District of
Texas, Beaumont Division, 2013-Present.

(53) For the plaintiffs in Loredo and Loredo v.
Management and Training Corporation and Cesar R.
Ruiz, 197th District Court, Willacy County, Texas,
2012-2013.

(52) For defendant LaCrosse County in King v. La Crosse
County and Kramer, U.S. District Court for the
Western District of Wisconsin, 2012-2013.

(51) For the plaintiff in Kretek v. Board of Luna County
Commissioners, et. al, U.S. District Court for the
District of New Mexico, 2012-2014.

(50) For the plaintiff in Allen, et.al. v. Freeman, et.al.,
U.S. District Court for the Southern District of
Georgia, Augusta Division, 2011-Present.

(49) For the plaintiffs in Carlisle, et.al. v. Lauderdale
County, Mississippi, et. al, U.S. District Court for the
Southern District of Mississippi, Eastern Division,
2011-2016.

(48) For the plaintiff in Tarboro v. Northampton County,
et.al., U.S. District Court for the Eastern District of
Pennsylvania, 2011

(47) For the plaintiff in Darrow v. Allen, et.al, U.S.
District Court for the Western District of Arkansas,
Ft. Smith Division, 2011

(46) For the plaintiff in Mark Young v. Burlington
County, et.al., Superior Court of New Jersey, Law
Division—Burlington County, 2011-2013.

(45) For the plaintiff in Lawrence Thomas v. Cumberland
County, et.al., U.S. District Court for the District of
New Jersey, Camden Vicinage, 2010-2014.

(44) For the defendants in Estate of Shelby v. Berrien
County, et. al,. U.S. District Court for the Western

22

District of Michigan, Southern Division, 2010-2011.

(43) For the defendants in <u>Dedrick Williams, et. al. v. County of Niagara, et. al.</u>, U.S. District Court for the Western District of New York, 2009-Present.

(42) For defendant Hamblen County, Tennessee in <u>DuBose v. City of Morristown, et. al.</u>, U.S. District Court for the Eastern District of Tennessee at Knoxville, 2008- 2012.

(41) For the plaintiff in <u>Crownover v. Board of Commissioners of Ottawa County, Oklahoma., et. al.</u>, U.S. District Court for the Northern District of Oklahoma, 2008-2010.

(40) For the defendants in <u>Roman Gallardo v. The City of Albuquerque, et. al.</u>, U.S. District Court for the District of New Mexico, 2008.

(39) For the plaintiff in <u>Sanders v. Corrections Corporation of America and Denny Durbin, et. al.</u>, Circuit Court for Bay County, Florida, 2008-2009.

(38) For the defendants in <u>Javier Jimenez v. Curry County, et. al.</u>, U.S. District Court for the District of New Mexico, 2008.

(37) For the defendants in <u>Jamey Southerland v. Blount County, et. al.</u>, U.S. District Court for the Eastern District of Tennessee, 2008.

(36) For the plaintiffs in <u>Carson Dunlap v. Rodney Hood, et. al.</u>, U.S. District Court for the Northern District of Texas, Dallas Division, 2007-2009.

(35) For the plaintiffs in <u>Chavez, et. al. v. State of Arizona, et. al.</u>, U.S. District Court for the District of Arizona and Superior Court for Maricopa County, Arizona, 2007 - 2008.

(34) For defendant Lexington – Fayette Urban County Government in <u>Bob Arnold v. Lexington – Fayette Urban County Government, et. al.</u>, U.S. District Court for the Eastern District of Kentucky, Lexington Division, 2006 – 2011.

(33) For the plaintiffs in <u>Brown, et. al v. Wichita County,</u>

23

Texas, et. al., U.S. District Court for the Northern District of Texas, Wichita Falls Division, 2006 – present.

(32) For the plaintiff in Branton v. The City of Moss Point, et. al., U.S. District Court for the Southern District of Mississippi, 2006 – 2008.

(31) For the plaintiff in Simmons v. Cornerstone Programs Corporation, U.S. District Court for the Northern District of Texas, Lubbock Division, 2006.

(30) For the plaintiff in Celia Sanchez v. Goliad County and Robert De LaGarza, U.S. District Court for the Southern District of Texas, Victoria Division, 2006.

(29) For the plaintiff in John Doe v. Victoria County, et. al., 135th District Court, Victoria County, Texas, 2006.

(28) For New Jerseyans for Alternatives to the Death Penalty in In re Readoption with Amendments of Death Penalty Regulations by the New Jersey Department of Corrections, Proceedings before the New Jersey Department of Corrections, 2004 – 2005.

(27) For the Plaintiffs in Forgan, et. al. v. Howard County, et. al., U.S. District Court for the Northern District of Texas, Abilene Division, 2004 - 2007.

(26) For the defendants in Jodi Gustafson v. Polk County, Wisconsin, et. al. U.S. District Court for the Western District of Wisconsin, 2004 – 2005.

(25) For the plaintiffs in Posey and Posey v. Southwestern Bell Telephone Company and Dallas County, Texas, U.S. District Court for the Northern District of Texas, Dallas Division, 2004 – 2009.

(24) For the defendants in Black v. Henderson and Gardella, 13th Judicial Circuit Court in and for Hillsborough County, Florida, Civil Division, Tampa, Florida, 2004.

(23) For the plaintiff in Diaz v. County of Wayne, et. al, U. S. District Court for the Eastern District of Michigan, Southern Division, 2003.

24

(22) For the plaintiffs in Jane Does v. City of Haltom City,
U. S. District Court for the Northern District of
Texas, Ft. Worth Division, 2003 – 2005. Cases
reinstated, in part, by the 5th U.S. Circuit of Appeals
as five separate actions.

(21) For defendant City of New Orleans in Hamilton, et.
al. v. Morial, et. al., Motion to Modify Stipulations
and Consent Judgment Relative to Housing of City
Prisoners, U. S. District Court for the Eastern District
of Louisiana, 2003.

(20) For the defendants in Hupp v. Howard County
sheriff, et. al., U.S. District Court for the Southern
District of Indiana, Indianapolis Division, 2002.

(19) For the plaintiffs in Maria De Lourdes Barrera, et.
al. v. The City of Port Isabel, et. al., 197th Judicial
District Court, Cameron County, Texas, 2002.

(18) For the plaintiffs in Pearl Iriz Garza, et. al. v.The City
of Port Isabel, et. al,, 107th Judicial District Court,
Cameron County, Texas, 2002.

(17) For the defendants in Kardinal, et.al. v. Merrimack
County House of Corrections, et.al., U.S. District
Court for the District of New Hampshire, 2001.

(16) For the defendants in Cecil L. Woodruff v. City of
Kalamazoo, et.al., U.S. District Court for the Western
District of Michigan, Southern Division,
2001 – 2002.

(15) For the plaintiffs in Frank v. City of Auburn, et. al.,
Superior Court for King County, Washington,
2001 – 2002.

(14) For the defendants in Gregoire v. City of Oak Harbor,
et.al., U.S. District Court for the Western District of
Washington at Seattle, 2001 – 2002.

(13) For the defendants in Tirado v. Smyth, et.al., U.S.
District Court for the Middle District of Florida,
Tampa Division, 2000 – 2001.

(12) For the plaintiffs in Estate of Demetrice Brown v.
Nathaniel Glover, et.al., U.S. District Court for the
Middle District of Florida, Jacksonville Division,

25

2000 – 2003.

(11)  For the plaintiffs in Luna v. Idaho Department of
Corrections, District Court for Ada County, Idaho,
2000 – 2001.

(10)  For the plaintiffs in Smith, et.al. v. Nueces County,
Texas, et.al., County Court at Law Number One,
Nueces County, Texas, 2000 – 2001.

(9)  For defendant Dane County in Carol Schilling, et.al.
v. Leverett Baldwin, et.al., U.S. District Court for the
for the Eastern District of Wisconsin, 2000 – 2003.

(8)  For the defendants in Rowe, et.al. v. Prison Health
Services, Inc., et.al., District Court of Wyandotte
County, Kansas, 2000.

(7)  For the plaintiffs in John Chambers v. Sutton County,
Texas and Sheriff W.M. "Bill" Webster, 112th Judicial
District Court of Sutton County, Texas, 1999 – 2001.

(6)  For the defendant in United States of America v.
Hermes Pineda-Delgado, U..S. District Court for the
Southern District of California, 1999.

(5)  For the plaintiffs in Scheurer, et.al. v. Lutheran Social
Services, et.al., Circuit Court for Dodge County,
Wisconsin, 1998.

(4)  For the defendants in Holmes v. Wyandotte County,
U.S. District Court for the District of Kansas, Kansas
City Division, 1998.

(3)  For the plaintiffs in Roberson v. Chelan County, U.S.
District Court for the Eastern District of Washington,
Spokane Division, 1997 – 1998.

(2)  For the plaintiffs in Hoy v. Simpson, U.S. District
Court for the Eastern District of Virginia, Alexandria
Division, 1996 – 1997.

(1)  For the defendants in Aston A. Beadle v.
Hillsborough County Sheriff's Office, U.S. District
Court for the Middle District of Florida, Tampa
Division, 1992 – 1993.

Provided corrections-related research and consulting services for

Greenwich Investment Management, Inc., Greenwich, Connecticut, 2011.

Completed on-site staffing analysis of Bexar County, Texas Jails, San Antonio, Texas, 2008. Analysis performed for Deputy Sheriffs Association of Bexar County.

Associate, Huskey and Associates, Updating of Criminal / Juvenile Justice Master Plan for Maricopa County (Phoenix), Arizona, 2006 – 2007.

Reviewed proposal for book entitled Proactive Juvenile Justice and Delinquency, Prentice Hall, April 2004.

Consulted on-site with the Lewis County (Chehalis), Washington Sheriff's Office regarding the development and implementation of jail policies and procedures, and jail transition issues associated with the expansion of its jail, February 2004.

Consulted on-site with the Guadalupe County (Seguin), Texas Sheriff's Department regarding the opening of its new jail, March 2001. Consultation funded by the Jails Division of the National Institute of Corrections.

Completed detailed review of Stinchcomb, J. S. & Fox, V. B. (1999). Introduction to corrections (5th ed.). Upper Saddle River, NJ: Prentice Hall, August 2000.

Reviewed manuscript for Phillips, R. L. Operating policies for adult correctional facilities. Gaithersburg, MD: Aspen Publishers, Inc., 1996

Reviewed proposals submitted to Alachua County (Gainesville), Florida for the private operations of its jail and work release center. Employed as a consultant by the Florida Correctional Privatization Commission, 1996.

Consultant to Bobby Ross Group, Inc. (BRG), Austin, Texas. Prepared the correctional services section of BRG's proposal to the state of North Carolina to site, design, build, and operate two 500-cell medium security prisons, 1996.

Completed on-site staffing analysis of the 17 prisons and two hospital units operated by the Oklahoma Department of Corrections. Analysis performed for the Oklahoma Office of State Finance, 1995.

Completed staffing analysis of Racine County, Wisconsin jail.

Employed as a consultant by the Institute for Liability
Management, Leesburg, Virginia, 1987.

Consultant to National Institute of Corrections / Jails Division,
Longmont, Colorado, Planning of New Institutions (PONI)
Program – Phase Two, 1986.

## CASES IN WHICH I HAVE
## TESTIFIED IN THE LAST FOUR YEARS

Deposition Only:

- For the plaintiff in <u>Gann v. Montgomery County, et. al.</u>, U.S. District Court for the Southern District of Texas, Houston Division
- For the plaintiffs in <u>Pinnock, et. al. v. Board of County Commissioners of Grant County, et. al.</u>, U.S. District Court for the District of New Mexico
- For the plaintiff in <u>Shaw v. Board of County Commissioners of Chaves County, New Mexico, et. al.</u>, Fifth Judicial District Court, Chaves County, New Mexico
- For the plaintiff in <u>Tammy Christine Hanson v. Baxter County, Arkansas, et. al.</u>, U.S. District Court for the Western District of Arkansas, Harrison Division
- For the plaintiff in <u>Santos v. Liberty County, Texas, et. al.</u>, U.S. District Court for the Eastern District of Texas, Beaumont Division
- For defendant LaCrosse County in <u>King v. La Crosse County and Kramer</u>, U.S. District Court for the Western District of Wisconsin
- For the plaintiff in <u>Mark Young v. Burlington County, et.al.</u>, Superior Court of New Jersey, Law Division—Burlington County
- For the plaintiff in <u>Allen, et.al. v. Freeman, et.al.</u>, U.S. District Court for the Southern District of Georgia, Augusta Division

Trial Only:

- For the plaintiff in <u>Kretek v. Board of Luna County Commissioners, et. al</u>, U.S. District Court for the District of New Mexico
- For the plaintiff in <u>Lawrence Thomas v. Cumberland County, et.al.</u>, U.S. District Court for the District of New Jersey, Camden Vicinage
- For defendant Hamblen County, Tennessee in <u>DuBose v. City of Morristown, et. al.</u>, U.S. District Court for the Eastern District of Tennessee at Knoxville