United States District Court
Southern District of Texas
**ENTERED**
August 02, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GENEVA REED-VEAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-15-2232 |
| | § | |
| BRIAN ENCINIA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendants' Motion for Protective Order (Document No. 131). Due to the time-sensitive nature of the motion at issue and the potential for prejudice,[1] the Court hereby

**ORDERS** that Plaintiff Geneva Reed-Veal shall respond to the pending motion by 1:00 p.m. on Friday, August 5, 2016. If Plaintiff fails to respond by that deadline, the Court will deem the motion unopposed.

SIGNED at Houston, Texas, on this __2__ day of August, 2016.

DAVID HITTNER
United States District Judge

---

[1] *See Marceaux v. Lafayette City-Parish Consol. Gov't*, 731 F.3d 488, 494 (5th Cir. 2013).