```
         IN THE UNITED STATES DISTRICT COURT FOR
      THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION
```

Geneva Reed-Veal, Individually )
& as Mother and Personal )
Representative of the Estate of )
Sandra Bland, deceased., )
)
    Plaintiffs, )
)
v. ) No. 4:15-cv-02232
) Judge David Hittner
Brian Encinia, Et al., )
)
    Defendants. )

**PLAINTIFFS' ADDITIONAL AND SUPPLEMENTAL DISCLOSURE**

    Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs Geneva Reed-Veal, Individually and as Mother and Personal Representative of the Estate of Sandra Bland, deceased, hereby submits their Initial Disclosure, as follows:

    i) The name and, if know, the address and telephone number of each individual likely to have discoverable information-along with the subject of that information-that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

**RESPONSE:**

1) Jesus Lewis - filmed the bystander video.

2) Crag Davis - Past Jail Administrator who authored and issued a June 25, 2010 policy memo governing depressed inmates.

3) Officer, Michael Kelly - Prairie View police officer.

· This initial and preliminary disclosure will be amended upon Plaintiff obtaining additional information not yet in per possession. Plaintiff therefore, retain the right to supplement and/or amend this disclosure when and where doing so is appropriate.

Respectfully submitted:

_____
CANNON D. LAMBERT, Sr., Esq.

Karchmar & Lambert, P.C.
211 W. Wacker, Ste. 1400
Chicago IL 60606
Bar # 6237503
(312) 977-1300 ph
(312) 977-1999 fx
cannon@karchmarlambert.com