United States District Court
Southern District of Texas
**ENTERED**
September 29, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Geneva Reed-Veal, | § § § | |
| V. | § | Civil Action No. H-15-2232 |
| Brian Encinia, et al, | § § § § | |

## ORDER

Pending before the Court is the Motion for Summary Judgment (Document # 39) and Motion to Dismiss Plaintiffs' Third Amended Complaint (Document # 67). Having considered the motions and the applicable law, the Court determines that the foregoing motions should be held in abeyance. Accordingly, the Court hereby

ORDERS that the Motion for Summary Judgment (Document # 39) and the Motion to Dismiss Plaintiffs' Third Amended Complaint (Document # 67) are HELD IN ABEYANCE AT THIS TIME pending settlement paperwork of the parties at mediation. If a notice of settlement is not filed with this court prior to the motion cut-off date of October 31, 2016, the moving parties are to request, in writing, a formal ruling on said pending motions; otherwise they will be deemed moot.

Signed at Houston, TX on the ___29___ day of September, 2016.

_____
DAVID HITTNER
United States District Judge