UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| GENEVA REED-VEAL, Individually & as Mother &Independent Administrator of the Estate of SANDRA BLAND, deceased,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ENCINIA, Et Al.,<br><br>)Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 4:15-cv-02232<br>)  Judge David Hittner<br>)<br>) |

## JOINT MOTION TO DISMISS

Now Come, Plaintiff Geneva Reed-Veal, Individually and as Mother and Personal Representative of the Estate of Sandra Bland, Deceased, by and through her attorneys, Karchmar & Lambert, P.C. and Defendants Brian Encinia, the Texas Department of Public Safety, and Waller County Defendants'[1] file their Joint Motion to Dismiss, and in support of thereof would show unto the Court the following:

### I.

Plaintiff and Defendants have resolved all claims in this lawsuit. The parties therefore request that the Court dismiss all claims against Defendants, with prejudice, and that all costs of the Court be taxed against the party incurring same.

---

[1] Waller County, Texas, Elsa Magnus, Oscar Prudente, Rafael Zuniga, Dormic Smith, Cynthia Whidden, Marc Langdon, Sherry Rochen, Lanny Thibodeaux, Matthew Mills, Marianne Williams and Randy Lewis.

The parties respectfully request that the attached Final Judgement be signed and entered by the Court.

Respectfully submitted:

_____
CANNON D. LAMBERT, Sr., Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| GENEVA REED-VEAL, Individually & as Mother & Independent Administrator of the Estate of SANDRA BLAND, deceased,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ENCINIA, Et Al.,<br>Defendants. | No. 4:15-cv-02232<br>Judge David Hittner |

## FINAL JUDGEMENT

On this day came on to be heard Plaintiff, Geneva Reed-Veal, Individually and as Mother and Personal Representative of the Estate of Sandra Bland, Deceased, and Defendants BRIAN ENCINIA, the TEXAS DEPARTMENT OF PUBLIC SAFETY, and WALLER COUNTY DEFENDANTS'[2] Joint Motion to Dismiss. Having considered said motion, the Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

It is THEREFORE ORDERED that Plaintiff's claims against Defendants are hereby dismissed, with prejudice.

It is further ordered that all costs shall be borne by the party incurring the same.

This is a final Judgment. All releif not expressly granted is denied.

Honorable David Hittner
United States District Court
Judge

---

[2] Waller County, Texas, Elsa Magnus, Oscar Prudente, Rafael Zuniga, Dormic Smith, Cynthia Whidden, Marc Langdon, Sherry Rochen, Lanny Thibodeaux, Matthew Mills, Marianne Williams and Randy Lewis.