Case 4:15-cv-02232   Document 144   Filed in TXSD on 11/01/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 01, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GENEVA REED-VEAL, | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. H-15-2232 |
| BRIAN ENCINIA, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pending before the Court is the Joint Motion to Dismiss (Document No. 143). Having considered the motion, the Court finds that all matters in dispute between Plaintiff Geneva Reed-Veal, individually and as mother and personal representative of the Estate of Sandra Bland, and Defendants Brian Encinia, the Texas Department of Public Safety, and Waller County Defendants[1] have been fully and finally settled.

Based on the foregoing, the Court hereby

**ORDERS** that the Joint Motion to Dismiss (Document No. 143) is **GRANTED**. Plaintiff's claims against Defendants are hereby dismissed with prejudice. The Court further

---

[1] Waller County, Texas; Elsa Magnus; Oscar Prudente; Rafael Zuniga; Dormic Smith; Cynthia Whidden; Marc Langdon; Sherry Rochen; Lanny Thibodeaux; Matthew Mills; Marianne Williams; and Randy Lewis.

**ORDERS** that all costs shall be borne by the party incurring the same.

**THIS IS A FINAL JUDGMENT. ALL RELIEF NOT EXPRESSLY GRANTED IS DENIED.**

SIGNED at Houston, Texas, on this __1__ day of November, 2016.

_____
DAVID HITTNER
United States District Judge